IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| EDIN HUSIDIC D/B/A AMA EXPRESS, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 3:24-cv-00963-WWB-SJH ) |
| FR8 SOLUTIONS, INC., ALEN KAJDIC, and AZRA BEGOVIC, | ) ) ) ) |
| Defendants. | ) ) |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Lead Attorney for Defendants, Nicole M. Strickler, pursuant to Local Rule 2.02(c), hereby moves for leave to withdraw as counsel for Defendants and in support of which states as follows:

1. On May 23, 2024, Plaintiffs commenced this action in the United States District Court for the Northern District of Illinois seeking damages under the RICO statute and for breach of contract. *See generally* Dkt #1.

2. The undersigned Illinois attorney was engaged by Defendants FR8 Solutions, Inc., Alen Kajdic, and Azra Begovic (collectively, "Defendants") for the limited purpose of seeking transfer of the action to this Court. The undersigned is not admitted to practice in this Court.

3. On September 20, 2024, this matter was transferred from the United States District Court for the Northern District of Illinois to this Court. *See* Dkt. #30.

1

4.     It is Defendants' desire that their Florida attorneys at Lippes Mathias, including Attorneys Patricial M. Dodson and H. Leon Holbrook, III, defend them moving forward in this action. Ms. Dodson and Mr. Holbrook have filed a notice of appearance, identifying Ms. Dodson as new Lead Counsel. *See* Dkt. #38.

5.     As the undersigned's limited purpose engagement is now complete, and substitute counsel have entered an appearance on behalf of Defendants, the undersigned attorney hereby requests that she be allowed to withdraw from further representation of Defendants in this action.

6.     Defendants consent to the undersigned's withdrawal.

7.     This motion is made for good cause, not meant for purposes of unnecessary delay, and will not prejudice any party in the litigation.

8.     In anticipation of filing this motion, Plaintiffs' counsel was consulted regarding the relief sought herein. Plaintiffs do not oppose the undersigned's withdrawal.

WHEREFORE, Attorney Nicole M. Strickler, respectfully requests she be granted leave to withdraw from further representation of Defendants.

Respectfully submitted,

*/s/ Nicole M. Strickler*
Nicole M. Strickler
Messer Strickler Burnette, Ltd.
142 W. Station St.
Barrington, IL 60010
Tel.: (312) 334-3442
Fax: (312) 334-3473
nstrickler@messerstrickler.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 2, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Nicole M. Strickler*
Nicole M. Strickler