# EXHIBIT B

**Ko ga je preporucio**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/23/2021 9:18:34 PM(UTC+0) | 11/23/20 21 9:18:35 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/23/2021 9:18:34 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D3872
(Table: message, handle, Size: 22134784 bytes)

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Attachments:**



Title: IMG_1947.JPG
Size: 171512
File name: ~/Library/SMS/Attachments/ea/10/1E0FADCE-B7E8-4199-B76B-44C408A1FA8C/IMG_1947.JPG
Path: https://p28-content.icloud.com/M7C7BEFC18390691C675192372B26626CAC1C32E349074972E23A9A24A58D18FD.C01USN00
~/Library/SMS/Attachments/ea/10/1E0FADCE-B7E8-4199-B76B-44C408A1FA8C/IMG_1947.JPG

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:04:45 AM(UTC+0) | 11/25/20 21 2:05:05 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:04:42 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D363B
(Table: message, attachment, handle, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/ea/10/1E0FADCE-B7E8-4199-B76B-44C408A1FA8C/IMG_1947.JPG :

218

Confidential

I need you to make something like this only need sign FR8 i this corner

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:05:33 AM(UTC+0) | | |

**Status:** Sent

**Platform:**

11/25/2021 2:05:29 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D33DC
(Table: message, handle, Size: 22134784 bytes)

Send me so I can post on fb

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:05:45 AM(UTC+0) | | |

**Status:** Sent

**Platform:**

11/25/2021 2:05:45 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D4F8D
(Table: message, handle, Size: 22134784 bytes)

They hate me

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:05:57 AM(UTC+0) | | |

**Status:** Sent

**Platform:**

11/25/2021 2:05:57 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D4D4E
(Table: message, handle, Size: 22134784 bytes)

219

Confidential

**Some talking about how I raising FR8 in the sky**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:06:30 AM(UTC+0) | 11/25/2021 2:06:43 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:06:30 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D4B25 (Table: message, handle, Size: 22134784 bytes)

**Hahah I will I nisu nista slagali sto su ljubomorni**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:07:15 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:07:14 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D48B4 (Table: message, handle, Size: 22134784 bytes)

**Hahahahah**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:07:23 AM(UTC+0) | 11/25/2021 2:07:23 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:07:23 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D466C (Table: message, handle, Size: 22134784 bytes)

220

PLTFS00002708

**I know**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:07:26 AM(UTC+0) | 11/25/2021 2:07:26 AM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 2:07:26 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173017Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D444B
(Table: message, handle, Size: 22134784 bytes)

**Danas ja serovao one kamione i odma guzva**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:07:57 AM(UTC+0) | 11/25/2021 2:07:57 AM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 2:07:56 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D422E (Table: message, handle, Size: 22134784 bytes)

**Mrzu nas zato sto nisu part of us....**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:09:19 AM(UTC+0) | |

Status: Read
Platform:

11/25/2021 2:09:08 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D5F83
(Table: message, handle, Size: 22134784 bytes)

221

PLTFS00002709

## Tako to ide

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:09:19 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 2:09:11 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D5D4D
(Table: message, handle, Size: 22134784 bytes)

## I know man

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:09:29 AM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 2:09:29 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D5B5D
(Table: message, handle, Size: 22134784 bytes)

## Can't touch us lol

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:09:43 AM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 2:09:41 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D5942
(Table: message, handle, Size: 22134784 bytes)

222

PLTFS00002710

Now they talking how I started to take drivers from Fort Wayne because Dalibor and Beso

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:10:33 AM(UTC+0) | 11/25/2021 2:10:52 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:10:33 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D570B (Table: message, handle, Size: 22134784 bytes)

Reci ti nije doso ni Beso ni dalibor zbog ljubavi nego $$$

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:11:22 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:11:22 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D5449 (Table: message, handle, Size: 22134784 bytes)



Yep

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:11:32 AM(UTC+0) | 11/25/2021 2:11:32 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:11:32 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D51F2 (Table: message, handle, Size: 22134784 bytes)

223

PLTFS00002711

## Nemozes to dici vozaca kojeme je dobro

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:11:43 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:11:42 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D6F83
(Table: message, handle, Size: 22134784 bytes)

## Nop

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:11:50 AM(UTC+0) | 11/25/2021 2:11:50 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:11:50 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D6D55
(Table: message, handle, Size: 22134784 bytes)

## Znaci tu njesto nije bilo ok a oni nek pogledaju u mirror I vidu zasto

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:12:09 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:12:09 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D6B3E
(Table: message, handle, Size: 22134784 bytes)

224

PLTFS00002712

**Ja samo pricam sta mi nudimo i oni sami dodju**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:12:20 AM(UTC+0) | 11/25/2021 2:12:20 AM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 2:12:20 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D68CF (Table: message, handle, Size: 22134784 bytes)

**Pitaj I Jesuli mad sto nemogu oni to nuditi vozacima**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:12:59 AM(UTC+0) | |

Status: Read
Platform:

11/25/2021 2:12:59 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D6664 (Table: message, handle, Size: 22134784 bytes)

**Hell yep**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:13:11 AM(UTC+0) | 11/25/2021 2:13:11 AM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 2:13:11 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D641A (Table: message, handle, Size: 22134784 bytes)



225

Confidential

## Naravno

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:13:15 AM(UTC+0) | 11/25/2021 2:13:15 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:13:15 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D61F9
(Table: message, handle, Size: 22134784 bytes)

## Fuck them

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:13:23 AM(UTC+0) | 11/25/2021 2:13:23 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:13:23 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D7F85
(Table: message, handle, Size: 22134784 bytes)

## I hope Cajic breaks his nails taking signs off trailer hahaha

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:13:54 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:13:54 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5D7D60 (Table: message, handle, Size: 22134784 bytes)

226

PLTFS00002714

## Hahahaha

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:14:04 AM(UTC+0) | 11/25/2021 2:14:04 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:14:03 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D7B03
(Table: message, handle, Size: 22134784 bytes)

## Zvat ce on da ode nazad promise

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:14:23 AM(UTC+0) | 11/25/2021 2:14:24 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:14:23 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D78E4
(Table: message, handle, Size: 22134784 bytes)

## Vidjet ces

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:14:28 AM(UTC+0) | 11/25/2021 2:14:28 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:14:28 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D7695
(Table: message, handle, Size: 22134784 bytes)

227

PLTFS00002715

## Sad je cajic napustu pa njima drago

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:14:32 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 2:14:31 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D746E
(Table: message, handle, Size: 22134784 bytes)

## Malo opet poceli

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:14:37 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 2:14:36 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D7244
(Table: message, handle, Size: 22134784 bytes)

## Reci im he's on napusto Ali je dosllo 5 koji radu

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:14:54 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 2:14:54 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D8F83 (Table: message, handle, Size: 22134784 bytes)

228

PLTFS00002716

**Yep**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:15:08 AM(UTC+0) | 11/25/2021 2:15:08 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:15:07 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D8D3B
(Table: message, handle, Size: 22134784 bytes)

**A ne vise u bosni po 2 puta i po IA**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:15:11 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:15:11 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D8B24
(Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:15:14 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:15:14 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D88FC
(Table: message, handle, Size: 22134784 bytes)

229

PLTFS00002717

**To oni znaju pa ih boli**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:15:21 AM(UTC+0) | 11/25/2021 2:15:21 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:15:21 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D870C
(Table: message, handle, Size: 22134784 bytes)

**84k miles na paper log**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:15:36 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:15:36 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D84CB
(Table: message, handle, Size: 22134784 bytes)

**Sramota**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:15:39 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:15:39 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D82AB
(Table: message, handle, Size: 22134784 bytes)

230

PLTFS00002718



**Hahahaha**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:15:46 AM(UTC+0) | 11/25/2021 2:15:46 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:15:46 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D9F85
(Table: message, handle, Size: 22134784 bytes)

**Vidices sad kako Moze 150k miles I vise**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:16:23 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:16:23 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D9D64
(Table: message, handle, Size: 22134784 bytes)



**Oh they will be mad when they see my 1099**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:16:26 AM(UTC+0) | 11/25/2021 2:16:26 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:16:26 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D9B34
(Table: message, handle, Size: 22134784 bytes)

231

## I nema kuci ici

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:16:28 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:16:27 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D98D1
(Table: message, handle, Size: 22134784 bytes)

## No u grmi je najebao

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:16:44 AM(UTC+0) | 11/25/2021 2:16:44 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:16:44 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D96D1
(Table: message, handle, Size: 22134784 bytes)

## Zvat ce on nas ali nece nazad nikad vise he can go fuck him self

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:17:48 AM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 2:17:48 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D94A0 (Table: message, handle, Size: 22134784 bytes)

232

Confidential

## Make me the picture please

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:18:45 AM(UTC+0) | 11/25/2021 2:23:24 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:18:45 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5D9210
(Table: message, handle, Size: 22134784 bytes)

## Dok stanem

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:23:45 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:23:40 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DAF83
(Table: message, handle, Size: 22134784 bytes)

## Oki doki

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:23:48 AM(UTC+0) | 11/25/2021 2:23:48 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:23:48 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DAD8D
(Table: message, handle, Size: 22134784 bytes)

233

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: 65949982549__DFFFFCE9-2864-46FC-B47B-
121BD440DFB6.fullsizerender.heic
Size: 1196926
File name: ~/Library/SMS/Attachments/30/00/8C0C5FF2-C457-428E-9C74-
ACD8AD369199/65949982549__DFFFFCE9-2864-46FC-B47B-
121BD440DFB6.fullsizerender.heic
Path: https://p67-
content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782
BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/30/00/8C0C5FF2-C457-428E-9C74-
ACD8AD369199/65949982549__DFFFFCE9-2864-46FC-B47B-
121BD440DFB6.fullsizerender.heic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:23:55 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 2:23:53 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DAB6A
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/30/00/8C0
C5FF2-C457-428E-9C74-ACD8AD369199/65949982549__DFFFFCE9-2864-46FC-B47B-
121BD440DFB6.fullsizerender.heic :

## Where are you now

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:24:19 AM(UTC+0) | 11/25/2021 2:24:25 AM(UTC+0) | |

**Status:** Sent

**Platform:**

11/25/2021 2:24:18 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DA8FC
(Table: message, handle, Size: 22134784 bytes)

234

PLTFS00002722

## Ulazim u Houston

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 2:24:35 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 2:24:32 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DA6C7
(Table: message, handle, Size: 22134784 bytes)

### Aha ok don't drive to much at night it's holiday weekend traffic

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:25:09 AM(UTC+0) | 11/25/2021 2:57:31 AM(UTC+0 ) | |

**Status:** Sent

**Platform:**

11/25/2021 2:25:09 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DA4C5 (Table: message, handle, Size: 22134784 bytes)

### I'll send u the pic in AM I don't have the logo without background on my phone

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 4:55:49 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 4:55:36 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DA229 (Table: message, handle, Size: 22134784 bytes)

235

Confidential



Oki doki

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:55:57 AM(UTC+0) | 11/25/2021 12:36:37 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:55:57 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DBF85
(Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: thanksgivingfr8.heic
Size: 42188
File name: ~/Library/SMS/Attachments/21/01/8537DF65-E3D4-42D5-92D6-387138CCDF47/thanksgivingfr8.heic
Path: https://p39-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/21/01/8537DF65-E3D4-42D5-92D6-387138CCDF47/thanksgivingfr8.heic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:22:23 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 12:43:17 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DBD44
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/21/01/8537DF65-E3D4-42D5-92D6-387138CCDF47/thanksgivingfr8.heic :

236

Confidential

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: Resized_Happy_Thanksgiving.heic
Size: 128908
File name: ~/Library/SMS/Attachments/20/00/87970AF3-67A0-4A8C-8615-
BECCAD44F553/Resized_Happy_Thanksgiving.heic
Path: https://p45-
content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782
BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/20/00/87970AF3-67A0-4A8C-8615-
BECCAD44F553/Resized_Happy_Thanksgiving.heic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:26:13 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 1:26:09 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DBAB6
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/20/00/8797
0AF3-67A0-4A8C-8615-BECCAD44F553/Resized_Happy_Thanksgiving.heic :

Nice

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:26:46 PM(UTC+0) | | |

**Status:** Sent

**Platform:**

11/25/2021 1:26:46 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DB850
(Table: message, handle, Size: 22134784 bytes)

237

Confidential

PLTFS00002725

## Thanks man

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:26:50 PM(UTC+0) | 11/25/20 21 1:28:53 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:26:49 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DB637
(Table: message, handle, Size: 22134784 bytes)

## https://youtu.be/qC6Wb0aVgic

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: C96A594B-CBC1-4916-B306-71DEFA99465F.pluginPayloadAttachment
Size: 743838
File name: ~/Library/SMS/Attachments/62/02/208A088E-CA1A-4CC5-AA01-
2FC623CDFA8F/C96A594B-CBC1-4916-B306-
71DEFA99465F.pluginPayloadAttachment
~/Library/SMS/Attachments/62/02/208A088E-CA1A-4CC5-AA01-
2FC623CDFA8F/C96A594B-CBC1-4916-B306-
71DEFA99465F.pluginPayloadAttachment



Title: E7349EBF-9D84-4D9A-AE5F-92C7119F5872.pluginPayloadAttachment
Size: 1664
File name: ~/Library/SMS/Attachments/db/11/BB61F340-CE7F-427C-B93B-
B307F6187E5D/E7349EBF-9D84-4D9A-AE5F-
92C7119F5872.pluginPayloadAttachment
~/Library/SMS/Attachments/db/11/BB61F340-CE7F-427C-B93B-
B307F6187E5D/E7349EBF-9D84-4D9A-AE5F-
92C7119F5872.pluginPayloadAttachment

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 1:29:46 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 1:29:15 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DC2E8
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/db/11/BB6
1F340-CE7F-427C-B93B-B307F6187E5D/E7349EBF-9D84-4D9A-AE5F-
92C7119F5872.pluginPayloadAttachment :
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/62/02/208A
088E-CA1A-4CC5-AA01-2FC623CDFA8F/C96A594B-CBC1-4916-B306-
71DEFA99465F.pluginPayloadAttachment :

238

Our theme song ^

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 1:29:46 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 1:29:19 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DB221
(Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 1:29:46 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 1:29:24 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DDF83
(Table: message, handle, Size: 22134784 bytes)

Tu ako postas I napises FR8 onda ces bas cuti od oti hatera

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:30:17 PM(UTC+0 ) | |

**Status:** Read

**Platform:**

11/25/2021 1:30:17 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5DDD91 (Table: message, handle, Size: 22134784 bytes)

239

PLTFS00002727

## Yep man jesu pederi i Anel poceo da jede govna

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:30:28 PM(UTC+0) | 11/25/2021 1:30:28 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:30:28 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DDB28 (Table: message, handle, Size: 22134784 bytes)

## Sto lol

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:30:42 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 1:30:42 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DD8B9
(Table: message, handle, Size: 22134784 bytes)

## Nisam htjeo ali sad ce da vidi kad i od njega pocnem dizati vozace

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:31:06 PM(UTC+0) | 11/25/2021 1:31:06 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:31:06 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DD6C9
(Table: message, handle, Size: 22134784 bytes)

**240**

 PLTFS00002728

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Attachments:**



Title: IMG_1950.PNG
Size: 1417135
File name: ~/Library/SMS/Attachments/73/03/734C3DF9-3A31-41FF-BE47-DEF9861AA4D8/IMG_1950.PNG
Path: https://p21-content.icloud.com/M7C7BEFC18390691C675192372B26626CAC1C32E349074972E23A9A24A58D18FD.C01USN00
~/Library/SMS/Attachments/73/03/734C3DF9-3A31-41FF-BE47-DEF9861AA4D8/IMG_1950.PNG

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:31:24 PM(UTC+0) | 11/25/2021 1:31:24 PM(UTC+0) | |

**Status:** Sent

**Platform:**

11/25/2021 1:31:23 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DD433
(Table: message, attachment, handle, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/73/03/734C3DF9-3A31-41FF-BE47-DEF9861AA4D8/IMG_1950.PNG :

Jebo mu ti zenu

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:31:30 PM(UTC+0) | 11/25/2021 1:32:14 PM(UTC+0) | |

**Status:** Sent

**Platform:**

11/25/2021 1:31:30 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DD1CC
(Table: message, handle, Size: 22134784 bytes)

241

PLTFS00002729

## Are they stupid

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13522387670 | | 11/25/2021 1:32:29 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 1:32:22 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DEF83
(Table: message, handle, Size: 22134784 bytes)

## Clamps on anything that was touched

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13522387670 | | 11/25/2021 1:32:39 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 1:32:38 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DED81
(Table: message, handle, Size: 22134784 bytes)

## Oni jesu ljubomorni

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:32:40 PM(UTC+0) | 11/25/2021 1:32:40 PM(UTC +0) | |

**Status:** Sent

**Platform:**

11/25/2021 1:32:40 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DEB59
(Table: message, handle, Size: 22134784 bytes)

242

PLTFS00002730

**I know**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:32:47 PM(UTC+0) | 11/25/2021 1:32:47 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:32:47 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DE922
(Table: message, handle, Size: 22134784 bytes)

**Ali moraju nesto**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:32:56 PM(UTC+0) | 11/25/2021 1:32:56 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:32:56 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DE705
(Table: message, handle, Size: 22134784 bytes)

**There was no need to touch top part of exhaust**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:32:58 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 1:32:58 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DE4D2 (Table: message, handle, Size: 22134784 bytes)

243

PLTFS00002731

## It's not leaking

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 1:33:11 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 1:33:11 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DE292
(Table: message, handle, Size: 22134784 bytes)

## Neznaju sta da kazu pa hajde bar nesto

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:33:15 PM(UTC+0) | 11/25/20 21 1:33:15 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:33:15 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DFF85
(Table: message, handle, Size: 22134784 bytes)

## Nek pogledaju svoj frame od kamiona

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 1:33:57 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 1:33:57 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DFD28
(Table: message, handle, Size: 22134784 bytes)

244

PLTFS00002732



### Samo ljubomorni

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:34:16 PM(UTC+0) | 11/25/2021 1:34:16 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:34:16 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DFB00
(Table: message, handle, Size: 22134784 bytes)

### Nek dodzu viditi kamion everything is new… and no I didn't replace top part of exhaust cuz this ain't a Peterbilt… it's not for looks it's for making $

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:35:25 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 1:35:22 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DF8CF (Table: message, handle, Size: 22134784 bytes)

### Hahaahhha znaju oni to samo nemaju sta da kazu hahahah znaju da nam nemogu prići i onda samo pricaju

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:36:51 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 1:36:51 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DF5AA (Table: message, handle, Size: 22134784 bytes)

245

PLTFS00002733

Ali ovo pokazuje koliko su ljubomorni i da se brinu o nama

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:37:35 PM(UTC+0) | 11/25/2021 1:44:43 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:37:35 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5DF2CE (Table: message, handle, Size: 22134784 bytes)

I had to pull over for that one

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:44:56 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 1:44:50 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E0F83
(Table: message, handle, Size: 22134784 bytes)

A nji treba jebati do kraja

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:45:01 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 1:45:01 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E0D63
(Table: message, handle, Size: 22134784 bytes)

246

PLTFS00002734



**Hahhahaha l**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:45:02 PM(UTC+0) | 11/25/20 21 1:45:02 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:45:02 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E0B4B
(Table: message, handle, Size: 22134784 bytes)

**I'll give u whatever  u want , take every fucking driver they got**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:45:14 PM(UTC+0 ) | |

**Status:** Read
**Platform:**

11/25/2021 1:45:14 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E0924
(Table: message, handle, Size: 22134784 bytes)



**Sad sam poceo da citam**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:45:18 PM(UTC+0) | 11/25/20 21 1:45:18 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:45:18 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E06BD
(Table: message, handle, Size: 22134784 bytes)

**247**

Confidential

**O I'm going to fuck them bad**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:45:36 PM(UTC+0) | 11/25/2021 1:45:36 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:45:36 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E0480
(Table: message, handle, Size: 22134784 bytes)

**And when ur done taking their drivers I'll pay for a billboard right outside their office that says Babin vas jebo ;)**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:46:47 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 1:46:12 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E1F83 (Table: message, handle, Size: 22134784 bytes)

**Sta ce te sad**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:46:47 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 1:46:18 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E1CB0
(Table: message, handle, Size: 22134784 bytes)

248

PLTFS00002736

**Taki ljudi nemogu uspiti**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 1:46:47 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 1:46:36 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E1AB2
(Table: message, handle, Size: 22134784 bytes)

**Hahahaha**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:46:59 PM(UTC+0) | 11/25/20 21 1:47:00 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:46:59 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E18A0
(Table: message, handle, Size: 22134784 bytes)

**Jeli nemogu viditi ikoga da ide oni bi da rastu a drugi a tonu**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:47:02 PM(UTC+0 ) | |

**Status:** Read
**Platform:**

11/25/2021 1:47:02 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5E167D (Table: message, handle, Size: 22134784 bytes)

249

PLTFS00002737

**Yep**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:47:13 PM(UTC+0) | 11/25/2021 1:47:13 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:47:13 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E141E
(Table: message, handle, Size: 22134784 bytes)

**Oni nemogu da smisle ni nas ni hurly**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:47:33 PM(UTC+0) | 11/25/2021 1:47:33 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:47:32 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E1207
(Table: message, handle, Size: 22134784 bytes)

**Ja nemam nista protiv hurly drago mi da dobro rade Y hate them**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:48:08 PM(UTC+0) | 11/25/2021 1:48:39 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:48:08 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5E2F85 (Table: message, handle, Size: 22134784 bytes)

**250**

Ni ja.. to je fino viditi da ljudi radu dobro.  Plus we can help each other… we run their loads sometimes and sometimes they do ours.. a ne ko l ovi sejtani

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:50:44 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 1:50:37 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E2CF7 (Table: message, handle, Size: 22134784 bytes)

Yep ja stalno kazem treba covjeku pomoci kad vidis da hoce a ovim seljacima jebati zene samo

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:51:35 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 1:51:34 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E29DC (Table: message, handle, Size: 22134784 bytes)

I can't wait for terminal to become working o man I'm going to fuck wit them bad

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 1:53:50 PM(UTC+0) | 11/25/2021 1:54:10 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 1:53:50 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E2712 (Table: message, handle, Size: 22134784 bytes)

251

Confidential

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: IMG_2233.jpeg
Size: 489261
File name: ~/Library/SMS/Attachments/dd/13/53E5688F-6F60-47FA-BC2B-
0E1A30A1D262/IMG_2233.jpeg
Path: https://p49-
content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782
BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/dd/13/53E5688F-6F60-47FA-BC2B-
0E1A30A1D262/IMG_2233.jpeg



Title: IMG_2234.jpeg
Size: 469110
File name: ~/Library/SMS/Attachments/73/03/4F0AAC34-53FC-4045-BBAB-
639E46FE6AD9/IMG_2234.jpeg
Path: https://p41-
content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782
BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/73/03/4F0AAC34-53FC-4045-BBAB-
639E46FE6AD9/IMG_2234.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 1:59:46 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 1:59:42 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E2456
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/dd/13/53E5
688F-6F60-47FA-BC2B-0E1A30A1D262/IMG_2233.jpeg :
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/73/03/4F0
AAC34-53FC-4045-BBAB-639E46FE6AD9/IMG_2234.jpeg :

Tako pametni… a trazu od mene loads I advice on business…

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:01:18 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:00:17 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5E3F83 (Table: message, handle, Size: 22134784 bytes)

Confidential                                                    PLTFS00002740

## Hahahah

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:01:25 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 2:01:24 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E3D12
(Table: message, handle, Size: 22134784 bytes)

## I know them very good

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:01:41 PM(UTC+0) | 11/25/2021 2:01:45 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:01:41 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E3AF5
(Table: message, handle, Size: 22134784 bytes)

## Njima je samo krivo sto ja dovodim vozace i sto se sad svugdje prica samo o FR8

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:02:29 PM(UTC+0) | 11/25/2021 2:02:29 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:02:29 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E38BC (Table: message, handle, Size: 22134784 bytes)

253

PLTFS00002741

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: IMG_2235.jpeg
Size: 479784
File name: ~/Library/SMS/Attachments/71/01/CA1C855A-E998-468F-AF8E-984844FDBF9C/IMG_2235.jpeg
Path: https://p33-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/71/01/CA1C855A-E998-468F-AF8E-984844FDBF9C/IMG_2235.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:02:37 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 2:02:36 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E360A
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/71/01/CA1C855A-E998-468F-AF8E-984844FDBF9C/IMG_2235.jpeg :

And I answered all of his questions, I always help anyone I can , in any way I can…

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:02:58 PM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 2:02:57 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E339A (Table: message, handle, Size: 22134784 bytes)

254

PLTFS00002742

A oni ljude samo zajebavaju…

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:03:07 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 2:03:07 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E4F83
(Table: message, handle, Size: 22134784 bytes)

I told them for you how serious you take this business and that is Y I'm here to help you grow even more

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:03:28 PM(UTC+0) | 11/25/2021 2:03:28 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:03:28 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E4D65 (Table: message, handle, Size: 22134784 bytes)

Nije narod corav

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:03:29 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 2:03:28 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E4A7F
(Table: message, handle, Size: 22134784 bytes)

255

PLTFS00002743

Onaj karalic na postu podjebava Ali nesmi bas nista direktno reci

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:04:42 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:04:42 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E487B
(Table: message, handle, Size: 22134784 bytes)

I know man if I didn't see Who you are believe me I Will not be this much in involved

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:04:49 PM(UTC+0) | 11/25/2021 2:04:49 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:04:48 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E4616 (Table:
message, handle, Size: 22134784 bytes)

Eh da hoce da mu vratim Dje beso

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:04:51 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:04:51 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E4354
(Table: message, handle, Size: 22134784 bytes)

256

PLTFS00002744

## Znam

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:05:25 PM(UTC+0) | 11/25/2021 2:05:25 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:05:25 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E5F85
(Table: message, handle, Size: 22134784 bytes)

## Nesmije on a zvao komadanta Izu Latica i zalio mu se kako ja odvodim vozace sad i od nasi Babini

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:06:13 PM(UTC+0) | 11/25/2021 2:06:13 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:06:13 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E5D6C (Table: message, handle, Size: 22134784 bytes)

## Nek oni pogledaju u spiglu malo bolje

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:07:20 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:06:48 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E5A98
(Table: message, handle, Size: 22134784 bytes)

257

PLTFS00002745

Nije njima babin odveo vozaca, vozac bi iso dalje anyways, u just helped them decide where to go…

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:07:33 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:07:32 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E586A (Table: message, handle, Size: 22134784 bytes)

Eto kolko ljudi su tebi nudili svasta pa sto I'm Nije opalilo… nemoze se dici covjek koji je happy

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:08:29 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:08:29 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E55BF (Table: message, handle, Size: 22134784 bytes)

Ja sam pokusao da im pomognem ali nisu slusali i ja sam give up fuck it man

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:08:53 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 2:08:53 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E5318 (Table: message, handle, Size: 22134784 bytes)

258

PLTFS00002746



## Nop

**From:** +13522387670 (owner)
**To:** +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:09:02 PM(UTC+0) | 11/25/2021 2:09:24 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:09:02 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E6F85
(Table: message, handle, Size: 22134784 bytes)

## Vidim zasto tim ljudima nemoze niko pomoci moraju sebe promjenuti

**From:** +19044456478 Alen Kajdic Kajdic
**To:** +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:09:49 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:09:49 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E6D6C
(Table: message, handle, Size: 22134784 bytes)

## Vozaci nisu budale koje mozes da jebes kako hoces

**From:** +19044456478 Alen Kajdic Kajdic
**To:** +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:10:05 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:10:05 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E6B05 (Table: message, handle, Size: 22134784 bytes)

259

PLTFS00002747

Te dani su prosli, to Nek zaborave nece njima Niko biti rob dok oni glumu gazdu

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:10:35 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:10:35 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E68BF (Table: message, handle, Size: 22134784 bytes)

---

I told them that the guy offered to run the company 50-50% with him and I said no I'm good in FR8 but they just plain stupid

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:10:45 PM(UTC+0) | 11/25/2021 2:10:45 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:10:45 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E663E (Table: message, handle, Size: 22134784 bytes)

---

I never brag or say anything but think about it man, if any of them were in my position they would be veci od boga… a pogledaj mene… regular guy ..  Hands on i Dan danas

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:12:05 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:12:05 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E632E (Table: message, handle, Size: 22134784 bytes)

260

PLTFS00002748

Rekao sam im ja vidi te Alena decko je milioner ali se ponasa i druzi ljudima kao normalan covjek oni nemaju nista a glume da su velike gazde

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:12:12 PM(UTC+0) | 11/25/2021 2:12:12 PM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 2:12:12 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E7F85 (Table: message, handle, Size: 22134784 bytes)

That's good just stay like that and you will succeed big time

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:13:03 PM(UTC+0) | 11/25/2021 2:13:03 PM(UTC+0 ) | |

Status: Sent
Platform:

11/25/2021 2:13:01 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E7C55 (Table: message, handle, Size: 22134784 bytes)

When my dad was in Bosnia for 3 days I worked as mechanic in shop for 12+ hours a day, ask Dario bro I did like 3 PM's changed fifth wheeel, and power steering gear box by myself… osoba koja nikad Nije radila mechanicu Ali bogami Sam povuko rukave I fatio se posla, a ne glumiti frjera nekog

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:13:45 PM(UTC+0) | |

Status: Read
Platform:

11/25/2021 2:13:45 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E79C3 (Table: message, handle, Size: 22134784 bytes)

261

**Man don't worry they going to hate you even more I promise**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:14:55 PM(UTC+0) | 11/25/2021 2:14:55 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:14:55 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E8F85 (Table: message, handle, Size: 22134784 bytes)

**Ja vise volim sjediti svojima vozacima nego ista ..everything I learned came from good drivers… I owe everything to them. That's why I will do anything for people I think. Are good .. even if I get fucked over sometimes that's okay**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:15:20 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:15:20 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E8CFB (Table: message, handle, Size: 22134784 bytes)

**The more they hate me the more valjam I guess**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:15:38 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:15:38 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E8938 (Table: message, handle, Size: 22134784 bytes)

262

PLTFS00002750

Worst part is though…. They're stupid if they would just be normal I would help them too… bro I help everyone

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:16:09 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:16:09 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E86FC (Table: message, handle, Size: 22134784 bytes)

Dao bi I'm info u vezu sta god I intresuje Ali oni to neznaju kako raditi ljudima samo talk shit

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:16:37 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:16:37 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E8431 (Table: message, handle, Size: 22134784 bytes)

Misto da izkoristu za svoj interes…

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:16:56 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:16:55 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E9F83
(Table: message, handle, Size: 22134784 bytes)

263

Just wait time will show I am aiming to help you as much I can so this company can be bigger then Continetal then they are going to hate us even more then ever

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:17:01 PM(UTC+0) | 11/25/2021 2:17:01 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:17:01 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E9D59 (Table: message, handle, Size: 22134784 bytes)

Oh yea we definitely will now I'm even more pissed and motivated

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:18:25 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:18:25 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E9A03
(Table: message, handle, Size: 22134784 bytes)

Good

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:18:32 PM(UTC+0) | 11/25/2021 2:18:32 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:18:32 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E979C
(Table: message, handle, Size: 22134784 bytes)

264

Confidential

PLTFS00002752

I don't want you to stop

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:18:46 PM(UTC+0) | 11/25/20 21 2:18:46 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:18:46 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E9583
(Table: message, handle, Size: 22134784 bytes)

The worst thing you can do is piss me off lol

KNL did that too me first , then I opened FR8  Nije dobro kad se za inatim

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:18:59 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:18:58 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5E933C (Table: message, handle, Size: 22134784 bytes)

My days are passed im to long in trucking industry so few more years and I'm done but at least I want to see you Succeed

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:19:40 PM(UTC+0) | 11/25/2021 2:19:40 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:19:40 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EAF85 (Table: message, handle, Size: 22134784 bytes)

265

PLTFS00002753

U just lmk when u done driving I'll find u a driver and I'll deal with him and take the headache
Ali samo njima da bude krivo kako babin lezi kod kuce a pare dolazu

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:21:27 PM(UTC+0) | |

Status: Read
Platform:

11/25/2021 2:21:26 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EAC7F (Table: message, handle, Size: 22134784 bytes)

It's hard having 5-10 drivers, 1-2 is possible

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:22:07 PM(UTC+0) | |

Status: Read
Platform:

11/25/2021 2:22:06 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EA946 (Table: message, handle, Size: 22134784 bytes)

Thanks man that's is Y I'm going to do everything I can to help you get to the top I promise

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:22:34 PM(UTC+0) | 11/25/2021 2:22:34 PM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 2:22:33 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EA704 (Table: message, handle, Size: 22134784 bytes)

266

PLTFS00002754

You never know I have kids want to see them one day working in big company Mines well be a FR8

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:23:51 PM(UTC+0) | 11/25/2021 2:23:51 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:23:51 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EA432 (Table: message, handle, Size: 22134784 bytes)

Man if I find a trailer I'm gonna look for a driver for blue truck , after payment, and expenses money will goto u, and truck will slowly pay itself off, and then it'll be ur truck too, JUST to piss them off

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:23:54 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:23:54 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EBF83 (Table: message, handle, Size: 22134784 bytes)

So u can show them two deposits weekly from us

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:24:19 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:24:19 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EBBF6 (Table: message, handle, Size: 22134784 bytes)

267

PLTFS00002755

**Haha**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:24:39 PM(UTC+0) | 11/25/2021 2:24:39 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:24:39 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EB9B8
(Table: message, handle, Size: 22134784 bytes)

**Love you man thanks**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:24:46 PM(UTC+0) | 11/25/2021 2:24:46 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:24:46 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EB79F
(Table: message, handle, Size: 22134784 bytes)

**And 1099 next year will be over 1 mil with two trucks lol**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:24:56 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:24:56 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EB566 (Table: message, handle, Size: 22134784 bytes)

268

Confidential

O I'm going to bust my ass next year to make even more money then this year so I can piss them off more

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:26:18 PM(UTC+0) | 11/25/2021 2:26:56 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:26:17 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EB311 (Table: message, handle, Size: 22134784 bytes)

Fuck them

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:27:04 PM(UTC+0) | 11/25/2021 2:27:04 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:27:04 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5ECF85 (Table: message, handle, Size: 22134784 bytes)

And I'm gonna find a trailer and I already have a driver in mind so u can have 2 units making $$

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:27:19 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:27:19 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5ECD60 (Table: message, handle, Size: 22134784 bytes)

269

PLTFS00002757

**Lol You'll see**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:27:26 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:27:26 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5ECAB7
(Table: message, handle, Size: 22134784 bytes)

**Hahahaha**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:27:31 PM(UTC+0) | 11/25/2021 2:27:31 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:27:30 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EC8B5
(Table: message, handle, Size: 22134784 bytes)

**I'm waiting for this guy to call me for them trailers to**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:28:02 PM(UTC+0) | 11/25/2021 2:28:02 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:28:02 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5EC696 (Table: message, handle, Size: 22134784 bytes)

**270**

Confidential

PLTFS00002758

Tako se business radi nemozes uvjek gledati samo sebi, nekad moras gledati drugima zato sto drugi tebe poguravaju i pomazu isto

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:28:26 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:28:26 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EC40E (Table: message, handle, Size: 22134784 bytes)

Told them idiots they just to greedy

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:28:53 PM(UTC+0) | 11/25/2021 2:28:53 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:28:52 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EDF85 (Table: message, handle, Size: 22134784 bytes)

I know I'm gonna get another rental at least
But I also should get 6 more new ones to buy…

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:29:11 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:29:10 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EDD2A (Table: message, handle, Size: 22134784 bytes)

271

PLTFS00002759

**Hope so**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:29:23 PM(UTC+0) | 11/25/2021 2:29:23 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:29:23 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EDA7F
(Table: message, handle, Size: 22134784 bytes)

**I'm gonna call the driver tomorrow though and tell him to start ppwk
Necu danas cuz it's thanksgiving**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:29:30 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:29:29 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5ED85E (Table: message, handle, Size: 22134784 bytes)

**Dok on sve uradi ja cu naci trailer**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 2:29:37 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 2:29:37 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EEF83
(Table: message, handle, Size: 22134784 bytes)

272

## We need as much we can get

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:29:37 PM(UTC+0) | 11/25/2021 2:29:37 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:29:37 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5ED28D
(Table: message, handle, Size: 22134784 bytes)

## Good

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:29:53 PM(UTC+0) | 11/25/2021 2:29:53 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:29:53 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EED5B
(Table: message, handle, Size: 22134784 bytes)

## I know we will come to the top

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:30:32 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 2:30:31 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EEB4A
(Table: message, handle, Size: 22134784 bytes)

273

PLTFS00002761

**I don't doubt it**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 2:30:43 PM(UTC+0) | 11/25/2021 2:31:34 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 2:30:43 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EE8FD
(Table: message, handle, Size: 22134784 bytes)

**Is semsudin the one who had cancer or something?**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:13:36 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 3:13:31 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EE6C8 (Table: message, handle, Size: 22134784 bytes)

**No he is owner off ESM**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:13:51 PM(UTC+0) | 11/25/2021 3:16:07 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:13:51 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EE486
(Table: message, handle, Size: 22134784 bytes)

274

PLTFS00002762

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**

Title: IMG_2236.heic
Size: 196139
File name: ~/Library/SMS/Attachments/28/08/24158535-29F9-4C10-8A87-
52220C9F0170/IMG_2236.heic
Path: https://p21-
content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782
BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/28/08/24158535-29F9-4C10-8A87-
52220C9F0170/IMG_2236.heic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:17:07 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 3:16:11 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EE22B
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/28/08/2415
8535-29F9-4C10-8A87-52220C9F0170/IMG_2236.heic :

Dodze cica na kolica sto kazu

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:17:07 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 3:16:27 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EFF83
(Table: message, handle, Size: 22134784 bytes)

275

Confidential

PLTFS00002763



## Hahahaha

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:17:37 PM(UTC+0) | 11/25/2021 3:17:44 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:17:37 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EFD57
(Table: message, handle, Size: 22134784 bytes)

## He wanna be tough guy

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:17:54 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 3:17:47 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EFB36
(Table: message, handle, Size: 22134784 bytes)



## He is asshole

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:18:07 PM(UTC+0) | 11/25/2021 3:21:55 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:18:07 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EF92A
(Table: message, handle, Size: 22134784 bytes)

276

**These guys think I'm scared**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 3:25:58 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 3:23:43 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EF6FD
(Table: message, handle, Size: 22134784 bytes)

I am a very quite person… but anyone that knows me very well.. I'm pretty fearless…. Nisu svjesni da nemogu mi nista…  samo ga popusiti mogu ako zele.  Sorry I know it's putting you in bad spot, Znam da su tebi kumovi ili tako njesto Ali su govna.. srry man

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:25:58 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 3:25:38 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5EF4CF (Table: message, handle, Size: 22134784 bytes)

**Jebem ja nji**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:26:20 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 3:26:20 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F0F8D
(Table: message, handle, Size: 22134784 bytes)

277

Confidential

They don't care for me us much for you

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:26:41 PM(UTC+0) | 11/25/2021 3:34:24 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:26:41 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F0D64
(Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**

Title: IMG_2238.jpeg
Size: 417992
File name: ~/Library/SMS/Attachments/e1/01/C47E92B3-72E6-4370-95F9-51DF63801122/IMG_2238.jpeg
Path: https://p13-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/e1/01/C47E92B3-72E6-4370-95F9-51DF63801122/IMG_2238.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:34:57 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 3:34:30 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F0B01
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/e1/01/C47E92B3-72E6-4370-95F9-51DF63801122/IMG_2238.jpeg :

278

Confidential

**Eto sta Kaze za ljude… I misli da cu ljudi doci kod njega..**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:34:57 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 3:34:42 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5F0891 (Table: message, handle, Size: 22134784 bytes)



**Haha you piss them off big time lol**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:35:58 PM(UTC+0) | 11/25/2021 3:36:29 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:35:57 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F0636
(Table: message, handle, Size: 22134784 bytes)

**Kaze nemam dva lica.. Pa mu spomenem sta je reko prije par vikenda**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:37:21 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 3:37:01 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F03DF
(Table: message, handle, Size: 22134784 bytes)

279

Confidential

## Ima I on I 10

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:37:21 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 3:37:05 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F1F83
(Table: message, handle, Size: 22134784 bytes)

## Truth hurts

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:39:35 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 3:39:35 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F1D85
(Table: message, handle, Size: 22134784 bytes)

## O ja big time

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:39:44 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 3:39:44 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F1B97
(Table: message, handle, Size: 22134784 bytes)

280

PLTFS00002768

Nisu vrijedni vjeruj mi I love to hurt them from other side and they can do nothing lol

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:40:35 PM(UTC+0) | 11/25/2021 3:41:14 PM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 3:40:35 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F196C (Table: message, handle, Size: 22134784 bytes)

I wanna see if they have balls to try to do anything, especially lay a hand on me

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:42:08 PM(UTC+0) | |

Status: Read
Platform:

11/25/2021 3:41:43 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F16AC (Table: message, handle, Size: 22134784 bytes)

Nop I know them

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:42:20 PM(UTC+0) | | |

Status: Sent
Platform:

11/25/2021 3:42:20 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F141F (Table: message, handle, Size: 22134784 bytes)

281

PLTFS00002769

They don't want have problems with me see they don't mansion my name not one time

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:43:38 PM(UTC+0) | 11/25/2021 3:53:34 PM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 3:43:38 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F2F85 (Table: message, handle, Size: 22134784 bytes)

Wasn't there a karalic that was sick or something

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:54:03 PM(UTC+0) | |

Status: Read
Platform:

11/25/2021 3:53:57 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F2CC7 (Table: message, handle, Size: 22134784 bytes)

Which one was that

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:54:03 PM(UTC+0) | |

Status: Read
Platform:

11/25/2021 3:54:00 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F2A7F (Table: message, handle, Size: 22134784 bytes)

Confidential

## Hajrudin

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:54:14 PM(UTC+0) | 11/25/2021 3:54:14 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:54:14 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F2879
(Table: message, handle, Size: 22134784 bytes)

## He still sick

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:54:33 PM(UTC+0) | 11/25/2021 3:54:33 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:54:33 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F265A
(Table: message, handle, Size: 22134784 bytes)

## Have a cancer

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:54:41 PM(UTC+0) | 11/25/2021 3:54:41 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:54:40 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F242F
(Table: message, handle, Size: 22134784 bytes)

283

PLTFS00002771

Ah that's the one y'all collected $ for ?

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 3:54:49 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 3:54:45 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F2202 (Table: message, handle, Size: 22134784 bytes)

Aha

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:54:55 PM(UTC+0) | 11/25/20 21 3:54:57 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:54:55 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F3F85 (Table: message, handle, Size: 22134784 bytes)

No

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:54:59 PM(UTC+0) | 11/25/20 21 3:54:59 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:54:59 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F3D6E (Table: message, handle, Size: 22134784 bytes)

284

PLTFS00002772

## Ono je

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:55:03 PM(UTC+0) | 11/25/2021 3:55:03 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:55:03 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F3B5B
(Table: message, handle, Size: 22134784 bytes)

## Sabahudin

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:55:12 PM(UTC+0) | 11/25/2021 3:55:13 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:55:12 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F393E
(Table: message, handle, Size: 22134784 bytes)

## Latic

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:55:16 PM(UTC+0) | 11/25/2021 3:55:18 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:55:16 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F371B
(Table: message, handle, Size: 22134784 bytes)

285

PLTFS00002773

## On je umro

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:55:22 PM(UTC+0) | 11/25/20 21 3:55:22 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:55:22 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F3500
(Table: message, handle, Size: 22134784 bytes)

## Ah okay nvm , I thought it wa him

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 3:55:24 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 3:55:24 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F32D9
(Table: message, handle, Size: 22134784 bytes)

## Karalic

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 3:55:27 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 3:55:27 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F4F83
(Table: message, handle, Size: 22134784 bytes)

286

PLTFS00002774



**Karalic ima cancer ali nisu htjeli da kupe pare za njega**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:55:57 PM(UTC+0) | 11/25/2021 3:56:07 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:55:57 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5F4D93 (Table: message, handle, Size: 22134784 bytes)

**Pa netrebaju zato sto znaju da mu nece ni cancer nista. Taki ni bog nece**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 3:56:25 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 3:56:24 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F4B10
(Table: message, handle, Size: 22134784 bytes)



**They mad hahahah and now I'm going to delete that post so it's going to piss them more**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:57:00 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 3:56:59 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F48A5 (Table:
message, handle, Size: 22134784 bytes)

287

PLTFS00002775

**Now they going to be mad because they can't comment more**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 3:58:05 PM(UTC+0) | 11/25/2021 3:58:08 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 3:58:04 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F45DF (Table: message, handle, Size: 22134784 bytes)

**Vidis kako laze**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 4:03:45 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 4:03:42 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F433F
(Table: message, handle, Size: 22134784 bytes)

**Kaze Edo prenio**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 4:03:49 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 4:03:49 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F5F83
(Table: message, handle, Size: 22134784 bytes)

288

Confidential

### Sto bi Edo sam sebe izdo

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 4:04:03 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 4:04:03 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F5D81
(Table: message, handle, Size: 22134784 bytes)

### Hahahah nema on pojma

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:04:17 PM(UTC+0) | 11/25/2021 4:04:17 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:04:17 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F5B6F
(Table: message, handle, Size: 22134784 bytes)

### Pa onda nema odgovora

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 4:04:22 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 4:04:22 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F5932
(Table: message, handle, Size: 22134784 bytes)

289

PLTFS00002777

**Samo mjena temu.. I preti**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 4:04:41 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 4:04:41 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F5724
(Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 4:04:48 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 4:04:47 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F550E
(Table: message, handle, Size: 22134784 bytes)



**Man your success is there pain**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:04:57 PM(UTC+0) | 11/25/20 21 4:04:57 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:04:56 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F531E
(Table: message, handle, Size: 22134784 bytes)

290

PLTFS00002778

**That's Y we can't stop just go up**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:07:00 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 4:07:00 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F6F8D
(Table: message, handle, Size: 22134784 bytes)

**It's war**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:07:14 PM(UTC+0) | 11/25/20 21 4:08:37 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:07:14 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F6D32
(Table: message, handle, Size: 22134784 bytes)

**It's on lol**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 4:09:10 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 4:09:06 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F6B0B
(Table: message, handle, Size: 22134784 bytes)

291

PLTFS00002779

**Hahahahah yep**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:09:26 PM(UTC+0) | 11/25/2021 4:09:26 PM(UTC+0) | |

**Status:** Sent

**Platform:**

11/25/2021 4:09:26 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F690F
(Table: message, handle, Size: 22134784 bytes)

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Attachments:**



Title: IMG_1951.JPG
Size: 268261
File name: ~/Library/SMS/Attachments/fe/14/94E6584C-AF97-4365-8869-5FAC907DA3F5/IMG_1951.JPG
Path: https://p47-content.icloud.com/M7C7BEFC18390691C675192372B26626CAC1C32E349074972E23A9A24A58D18FD.C01USN00
~/Library/SMS/Attachments/fe/14/94E6584C-AF97-4365-8869-5FAC907DA3F5/IMG_1951.JPG

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:15:12 PM(UTC+0) | | |

**Status:** Sent

**Platform:**

11/25/2021 4:14:26 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F66EC
(Table: message, attachment, handle, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/fe/14/94E6584C-AF97-4365-8869-5FAC907DA3F5/IMG_1951.JPG :

292

PLTFS00002780

## That's how you do business

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:15:12 PM(UTC+0) | 11/25/2021 4:15:15 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:14:39 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F6485
(Table: message, handle, Size: 22134784 bytes)

## They don't know nothing about it

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:15:35 PM(UTC+0) | 11/25/2021 4:15:35 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:15:35 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F623C
(Table: message, handle, Size: 22134784 bytes)

## Yep

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 4:18:00 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 4:17:56 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F7F83
(Table: message, handle, Size: 22134784 bytes)

293

PLTFS00002781

## Hej jesamli ja dobio drugu dosu vacine

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 4:18:15 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 4:18:14 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F7D89 (Table: message, handle, Size: 22134784 bytes)

## Two weeks from first one

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:18:33 PM(UTC+0) | 11/25/2021 4:18:33 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:18:32 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F7B4B
(Table: message, handle, Size: 22134784 bytes)

## Today is two weeks but they don't work

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:19:32 PM(UTC+0) | 11/25/2021 4:19:32 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:19:32 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F790A
(Table: message, handle, Size: 22134784 bytes)

294

PLTFS00002782

## So Monday you will

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:19:42 PM(UTC+0) | 11/25/2021 4:19:42 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:19:42 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F8F85
(Table: message, handle, Size: 22134784 bytes)

## Be ready for it

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:19:56 PM(UTC+0) | 11/25/2021 4:19:56 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:19:55 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F89E6
(Table: message, handle, Size: 22134784 bytes)

## Your arm going to hurt

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 4:20:16 PM(UTC+0) | 11/25/2021 4:20:16 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 4:20:16 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F879F
(Table: message, handle, Size: 22134784 bytes)

295

PLTFS00002783

## Hahahahah okay

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 4:20:51 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 4:20:51 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F8560
(Table: message, handle, Size: 22134784 bytes)

Jos samo prije nego sto si delete da si napiso spavaj mirno alene vozaci te brane jooooj bi I'm onda digo zivce Ali oni su glupi nebi ni znali where I got that line from and twisted it

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 5:04:29 PM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 5:04:07 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F8350 (Table: message, handle, Size: 22134784 bytes)



## Hahahaha

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:04:45 PM(UTC+0) | 11/25/20 21 5:04:45 PM(UTC +0) | |

**Status:** Sent

**Platform:**

11/25/2021 5:04:44 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F9F85
(Table: message, handle, Size: 22134784 bytes)

296

PLTFS00002784



**Don't worry they will come on me in Laredo but can kiss my ass**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:05:23 PM(UTC+0) | 11/25/2021 5:06:00 PM(UTC+0 ) | |

**Status:** Sent
**Platform:**

11/25/2021 5:05:22 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5F9D64 (Table: message, handle, Size: 22134784 bytes)

**Pa eto Nek samo koji dirne ako smide**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 5:06:46 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 5:06:28 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F9AD2
(Table: message, handle, Size: 22134784 bytes)



**Man they can't come close to me**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:07:07 PM(UTC+0) | 11/25/20 21 5:07:07 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 5:07:06 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F98A8
(Table: message, handle, Size: 22134784 bytes)

297

PLTFS00002785

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Attachments:**



Title: IMG_1952.PNG
Size: 383056
File name: ~/Library/SMS/Attachments/1f/15/4E3FAB86-15C9-4F85-8572-71644FBCB7FE/IMG_1952.PNG
Path: https://p58-content.icloud.com/M7C7BEFC18390691C675192372B26626CAC1C32E349074972E23A9A24A58D18FD.C01USN00
~/Library/SMS/Attachments/1f/15/4E3FAB86-15C9-4F85-8572-71644FBCB7FE/IMG_1952.PNG

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:42:59 PM(UTC+0) | | |

**Status:** Sent

**Platform:**

11/25/2021 5:42:55 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F965D
(Table: message, attachment, handle, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/1f/15/4E3FAB86-15C9-4F85-8572-71644FBCB7FE/IMG_1952.PNG :

Sladin me zajebava kaze bjezi od fukara

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:43:18 PM(UTC+0) | 11/25/2021 5:43:46 PM(UTC+0) | |

**Status:** Sent

**Platform:**

11/25/2021 5:43:18 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5F93F6
(Table: message, handle, Size: 22134784 bytes)

298

PLTFS00002786

**Nista ne laze**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 5:45:46 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 5:44:06 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FAF83
(Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 5:45:46 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 5:44:08 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FAD75
(Table: message, handle, Size: 22134784 bytes)



**I know**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:45:59 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 5:45:52 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FAB8D
(Table: message, handle, Size: 22134784 bytes)

299

PLTFS00002787

I have to see me a townhouse down in Jax and go back home

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:46:31 PM(UTC+0) | 11/25/2021 5:46:52 PM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 5:46:14 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5FA970 (Table: message, handle, Size: 22134784 bytes)

Sad sam mislio reci de bar slazi da se selis za Jax ako Nista drugo hahahaah

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 5:47:23 PM(UTC+0) | |

Status: Read
Platform:

11/25/2021 5:47:17 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FA6EA (Table:
message, handle, Size: 22134784 bytes)

Bar da malo placu i Jos nas mrzu

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 5:47:28 PM(UTC+0) | |

Status: Read
Platform:

11/25/2021 5:47:28 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FA46D
(Table: message, handle, Size: 22134784 bytes)

300

PLTFS00002788



Moram nesto dole naci da kupim

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:48:03 PM(UTC+0) | 11/25/2021 5:48:03 PM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 5:48:03 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FA23B
(Table: message, handle, Size: 22134784 bytes)

Oni Jos ako izgubu tebe skroz onda cu bas biti irrelevant

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 5:50:05 PM(UTC+0) | |

Status: Read
Platform:

11/25/2021 5:48:35 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5FBF83 (Table: message, handle, Size: 22134784 bytes)

301

Confidential

PLTFS00002789

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Attachments:**

Title: IMG_1953.PNG
Size: 455784
File name: ~/Library/SMS/Attachments/fc/12/8425434C-42CC-43EF-B231-7BEFB8AA2BED/IMG_1953.PNG
Path: https://p64-content.icloud.com/M7C7BEFC18390691C675192372B26626CAC1C32E349074972E23A9A24A58D18FD.C01USN00

~/Library/SMS/Attachments/fc/12/8425434C-42CC-43EF-B231-7BEFB8AA2BED/IMG_1953.PNG

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:50:13 PM(UTC+0) | 11/25/2021 5:50:34 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 5:50:10 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FBD1E
(Table: message, attachment, handle, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/fc/12/8425434C-42CC-43EF-B231-7BEFB8AA2BED/IMG_1953.PNG :

hahah Jes lud lmaoo

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 5:54:18 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 5:51:26 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FBAB5
(Table: message, handle, Size: 22134784 bytes)

302

PLTFS00002790

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Attachments:**



Title: IMG_1954.PNG
Size: 409393
File name: ~/Library/SMS/Attachments/7a/10/0BD2D27E-6050-493B-9D12-3E8A0408413F/IMG_1954.PNG
Path: https://p44-content.icloud.com/M7C7BEFC18390691C675192372B26626CAC1C32E349074972E23A9A24A58D18FD.C01USN00
~/Library/SMS/Attachments/7a/10/0BD2D27E-6050-493B-9D12-3E8A0408413F/IMG_1954.PNG

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:54:26 PM(UTC+0) | 11/25/2021 5:54:32 PM(UTC+0) | |

**Status:** Sent

**Platform:**

11/25/2021 5:54:24 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FB88B
(Table: message, attachment, handle, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/7a/10/0BD2D27E-6050-493B-9D12-3E8A0408413F/IMG_1954.PNG :

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: IMG_2246.jpeg
Size: 362737
File name: ~/Library/SMS/Attachments/10/00/5BE072BA-E362-4BB9-972F-851B8E5686A0/IMG_2246.jpeg
Path: https://p11-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/10/00/5BE072BA-E362-4BB9-972F-851B8E5686A0/IMG_2246.jpeg



Title: IMG_2247.jpeg
Size: 412443
File name: ~/Library/SMS/Attachments/52/02/B2DC64BF-DB18-48AE-B138-5179A54F69D5/IMG_2247.jpeg
Path: https://p11-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/52/02/B2DC64BF-DB18-48AE-B138-5179A54F69D5/IMG_2247.jpeg

Title: IMG_2248.jpeg
Size: 410119
File name: ~/Library/SMS/Attachments/db/11/1EA91BCD-E351-49E5-9039-4EA6A3C69EC1/IMG_2248.jpeg
Path: https://p09-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/db/11/1EA91BCD-E351-49E5-9039-4EA6A3C69EC1/IMG_2248.jpeg

**Priority:** Normal

303

Confidential

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 5:57:01 PM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 5:56:53 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FB622
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/10/00/5BE
072BA-E362-4BB9-972F-851B8E5686A0/IMG_2246.jpeg :
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/db/11/1EA
91BCD-E351-49E5-9039-4EA6A3C69EC1/IMG_2248.jpeg :
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/52/02/B2D
C64BF-DB18-48AE-B138-5179A54F69D5/IMG_2247.jpeg :



Hahahah I told you you piss them off big time good

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 5:58:09 PM(UTC+0) | 11/25/2021 5:58:53 PM(UTC+0) | |

**Status:** Sent

**Platform:**

11/25/2021 5:58:09 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FB322 (Table: message, handle, Size: 22134784 bytes)

304

PLTFS00002792

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: IMG_2249.jpeg
Size: 436903
File name: ~/Library/SMS/Attachments/30/00/48067B21-CCC3-428D-9BE2-
1B8BE7DED1A2/IMG_2249.jpeg
Path: https://p17-
content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782
BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/30/00/48067B21-CCC3-428D-9BE2-
1B8BE7DED1A2/IMG_2249.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 5:59:35 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 5:59:11 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FCF83
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/30/00/4806
7B21-CCC3-428D-9BE2-1B8BE7DED1A2/IMG_2249.jpeg :

Awwww. Pogodi ga istina

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 5:59:35 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 5:59:28 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FCD13
(Table: message, handle, Size: 22134784 bytes)

305

Confidential

**Naj vise istina boli**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:00:53 PM(UTC+0) | 11/25/20 21 6:02:07 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:00:51 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FCB03
(Table: message, handle, Size: 22134784 bytes)

**A kako bi volio da hoce da pokusa da me dirne**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 6:02:59 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 6:02:48 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FC8C8 (Table: message, handle, Size: 22134784 bytes)

**A Joj samo da hoce da ima muda**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 6:02:59 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 6:02:57 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FC68A
(Table: message, handle, Size: 22134784 bytes)

306

PLTFS00002794

## Lol ma jok nemaju oni muda za to samo jezik

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:03:36 PM(UTC+0) | 11/25/2021 6:03:54 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:03:36 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FC46C (Table: message, handle, Size: 22134784 bytes)

## That's the sad part…

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:04:00 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:04:00 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FC203 (Table: message, handle, Size: 22134784 bytes)

## Yep oni samo na jeziku

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:04:24 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 6:04:24 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FDF8D (Table: message, handle, Size: 22134784 bytes)

307

Confidential

PLTFS00002795

Hahahah zvali su mene odma ovi moji vozaci kaze sine koga treba tuci

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:05:37 PM(UTC+0) | 11/25/2021 6:05:44 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:05:36 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FDD50
(Table: message, handle, Size: 22134784 bytes)

Lol vidicemo kolka su mu muda:D

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:08:03 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:07:14 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FDAB4
(Table: message, handle, Size: 22134784 bytes)

Nema ih

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:08:14 PM(UTC+0) | 11/25/2021 6:08:20 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:08:13 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FD894
(Table: message, handle, Size: 22134784 bytes)

308

**Ja i Nisam ni znao koji je owner od esm as u see.. a oni sve znaju o meni hahah**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:09:03 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:08:54 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FD673 (Table: message, handle, Size: 22134784 bytes)

**To ti pokaziva samo ko gura prste**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:09:25 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:09:25 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FD3F0
(Table: message, handle, Size: 22134784 bytes)

**Ama rekao sam ti sad se samo o nama prica nemogu da nas gledaju**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:09:55 PM(UTC+0) | 11/25/2021 6:10:05 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:09:55 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x5FEF85 (Table: message, handle, Size: 22134784 bytes)

309

Confidential

I know but it's sad how he doesn't see it hat lmao

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:10:26 PM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 6:10:22 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FECF3 (Table: message, handle, Size: 22134784 bytes)

I give a shit so much that I don't even know who the fuck they are

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:10:33 PM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 6:10:33 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FEAA3 (Table: message, handle, Size: 22134784 bytes)

And they started this shit a long time ago with aziz

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:10:44 PM(UTC+0) | |

**Status:** Read

**Platform:**

11/25/2021 6:10:44 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FE838 (Table: message, handle, Size: 22134784 bytes)

310

PLTFS00002798

**Oni nikog ne vole ko je bolji od nji**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:11:23 PM(UTC+0) | 11/25/2021 6:11:23 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:11:22 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FE5EE
(Table: message, handle, Size: 22134784 bytes)

**A ja sam aziza vidio u laredu juce I pozdravio se sa njim… ja se ne stidim ni jednog bivsog vozaca**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:13:12 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:13:08 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FE395 (Table: message, handle, Size: 22134784 bytes)

**Tako i treba**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:13:31 PM(UTC+0) | 11/25/2021 6:13:32 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:13:31 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FFF85
(Table: message, handle, Size: 22134784 bytes)

311

PLTFS00002799

**A ne kad vozac napusti onda pricati ovaki naki**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:13:59 PM(UTC+0) | 11/25/2021 6:13:59 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:13:59 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FFD5E (Table: message, handle, Size: 22134784 bytes)

**I mogo pogledati covjeka u oci;)**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:22:00 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:14:02 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FFAEF
(Table: message, handle, Size: 22134784 bytes)

**Exactly that's why u and SLADIN can joke about cajic Ali ja necu**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:22:00 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:14:20 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FF8CB (Table: message, handle, Size: 22134784 bytes)

312

PLTFS00002800

## Ni za njega ni jednog

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 6:22:00 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 6:14:25 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FF662
(Table: message, handle, Size: 22134784 bytes)

---

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: IMG_2250.jpeg
Size: 252457
File name: ~/Library/SMS/Attachments/fe/14/A6FF8669-D8FB-4E18-A728-
726775B4B3A0/IMG_2250.jpeg
Path: https://p58-
content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782
BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/fe/14/A6FF8669-D8FB-4E18-A728-
726775B4B3A0/IMG_2250.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 6:22:00 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 6:17:07 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x5FF454
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/fe/14/A6FF
8669-D8FB-4E18-A728-726775B4B3A0/IMG_2250.jpeg :

313

PLTFS00002801

**Just don't answer him that will kill him more**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:22:56 PM(UTC+0) | 11/25/2021 6:22:59 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:22:56 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x600F85 (Table: message, handle, Size: 22134784 bytes)

**Za**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**

Title: IMG_2251.jpeg
Size: 489437
File name: ~/Library/SMS/Attachments/32/02/BE5D0156-0B20-42DA-97BD-4178FC360F8E/IMG_2251.jpeg
Path: https://p44-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/32/02/BE5D0156-0B20-42DA-97BD-4178FC360F8E/IMG_2251.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:23:13 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:23:09 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x600CF7 (Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/32/02/BE5D0156-0B20-42DA-97BD-4178FC360F8E/IMG_2251.jpeg :

314

PLTFS00002802

I'm not gonna reply anymore, Ali on nije svjestan skim ima posla

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:26:31 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:26:30 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x600A6A
(Table: message, handle, Size: 22134784 bytes)



No he is idiot samo prica

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:27:13 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 6:27:12 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60080B
(Table: message, handle, Size: 22134784 bytes)



Prvi su poceli dobili istinu sad nek se puse

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:27:32 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 6:27:31 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6005D0 (Table: message, handle, Size: 22134784 bytes)

315

PLTFS00002803

Ja sam samo postao truck for sale ali oni moraju odma protiv jer nije njihov kamion odma nevalja

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:28:10 PM(UTC+0) | 11/25/2021 6:29:07 PM(UTC+0) | |

Status: Sent
Platform:

11/25/2021 6:28:09 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x600367 (Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Attachments:



Title: IMG_2252.jpeg
Size: 524301
File name: ~/Library/SMS/Attachments/9b/11/E6817821-952A-444F-92D7-E99688299F85/IMG_2252.jpeg
Path: https://p67-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00

~/Library/SMS/Attachments/9b/11/E6817821-952A-444F-92D7-E99688299F85/IMG_2252.jpeg

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:29:34 PM(UTC+0) | |

Status: Read
Platform:

11/25/2021 6:29:26 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x601F65 (Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/9b/11/E6817821-952A-444F-92D7-E99688299F85/IMG_2252.jpeg :

316

PLTFS00002804

## Kralju ja svome halidu necu da sutim da njemu sutim

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:30:43 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:30:34 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db
: 0x601CF2 (Table: message, handle, Size: 22134784 bytes)

## Haha znam samo on nije vrijedan

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:30:59 PM(UTC+0) | 11/25/2021 6:30:59 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:30:59 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x601AAA
(Table: message, handle, Size: 22134784 bytes)

## Nasta se on Vadi… to sto ima cancer mi bi trebali sutati I govoriti tako je

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:31:14 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:31:14 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x601859 (Table:
message, handle, Size: 22134784 bytes)

317

PLTFS00002805

On bi da jebe svakog a da njemu sute nemoze tako

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:32:04 PM(UTC+0) | 11/25/2021 6:33:54 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:32:04 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6015DC (Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: IMG_2253.jpeg
Size: 446414
File name: ~/Library/SMS/Attachments/86/06/0523FCF3-A952-4749-A81E-9D040BBBB9CE/IMG_2253.jpeg
Path: https://p45-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/86/06/0523FCF3-A952-4749-A81E-9D040BBBB9CE/IMG_2253.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:34:20 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:34:15 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60134B (Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/86/06/0523FCF3-A952-4749-A81E-9D040BBBB9CE/IMG_2253.jpeg :

318

Confidential



**Haha**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:34:53 PM(UTC+0) | 11/25/20 21 6:34:54 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:34:53 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x602F85
(Table: message, handle, Size: 22134784 bytes)

U guys don't know me yet lol ja sam dobar ko kruh Ali kad dirnes Dje netreba lud Sam .. pitaj onog mog vozaca kad me je lapiio redneck od 300 lbs jeli mi mogo ista… a ja vojsni..

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:36:42 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:36:32 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x602D6A (Table: message, handle, Size: 22134784 bytes)



**Nemas ti sta da brines dok sam ja tu nesmiju ni prici**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:37:26 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 6:37:26 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x602A21 (Table: message, handle, Size: 22134784 bytes)

**319**

## Ti samo radi posao u firmi a ja cu drugo

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:37:58 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 6:37:57 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6027AE
(Table: message, handle, Size: 22134784 bytes)

## Vidis da me nesmiju spomenuti

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:38:12 PM(UTC+0) | 11/25/2021 6:38:14 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:38:12 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60254D
(Table: message, handle, Size: 22134784 bytes)

## Hahahahah I'm not scared I wish he would try me

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:38:37 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:38:36 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x602300 (Table: message, handle, Size: 22134784 bytes)

320

PLTFS00002808

Unfortunately nije Jos ni jedan bosanac .. kazem ti amerikanac Jes.. Ali kad bosanac proba bice Prvi I zadnji

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:39:02 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:39:02 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x603F83 (Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: IMG_2254.jpeg
Size: 570196
File name: ~/Library/SMS/Attachments/99/09/629746AE-A13F-4FED-8CDD-61810012629D/IMG_2254.jpeg
Path: https://p67-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/99/09/629746AE-A13F-4FED-8CDD-61810012629D/IMG_2254.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:39:22 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:39:20 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x603CA6
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/99/09/629746AE-A13F-4FED-8CDD-61810012629D/IMG_2254.jpeg :

321

Confidential

PLTFS00002809



**I'm not saying you are but that's my job you just keep good work**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:39:26 PM(UTC+0) | 11/25/2021 6:39:26 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:39:26 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x603A35 (Table: message, handle, Size: 22134784 bytes)

---

**This fool thinks he can get our drivers LOL all he can do is call the cops on his own friends and have them drug tested… and that would hurt the driver more than comp**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:40:10 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:39:47 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60379B (Table: message, handle, Size: 22134784 bytes)

---



**Yep**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:40:24 PM(UTC+0) | 11/25/2021 6:40:45 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:40:23 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x603464 (Table: message, handle, Size: 22134784 bytes)

322

PLTFS00002810



**Nema od toga nista isto je to govorio nermanu za grmi**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:40:48 PM(UTC+0) | 11/25/2021 6:40:54 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:40:48 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60324F (Table: message, handle, Size: 22134784 bytes)

**Ako mu nije zao ede nek udari**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:41:38 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:41:20 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x604F83
(Table: message, handle, Size: 22134784 bytes)

**I know who he talking about lmao**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:41:38 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:41:28 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x604D65
(Table: message, handle, Size: 22134784 bytes)

323

## Opet ce ga karalic jebati ne ja

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:41:38 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/25/2021 6:41:37 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x604B41
(Table: message, handle, Size: 22134784 bytes)

## Hahahaha I know ali nece on nista samo prica

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:42:05 PM(UTC+0) | 11/25/2021 6:48:33 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:42:05 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x604921 (Table: message, handle, Size: 22134784 bytes)

324

PLTFS00002812

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Attachments:**



Title: CFE5A2DE-A8C9-4A1B-B214-162764E5B56E.MP4
Size: 13934177
File name: ~/Library/SMS/Attachments/a8/08/CC74E474-77DB-4C61-B88B-
B577DB6095E1/CFE5A2DE-A8C9-4A1B-B214-162764E5B56E.MP4
Path: https://p19-
content.icloud.com/M7C7BEFC18390691C675192372B26626CAC1C32E349074972E
23A9A24A58D18FD.C01USN00
~/Library/SMS/Attachments/a8/08/CC74E474-77DB-4C61-B88B-
B577DB6095E1/CFE5A2DE-A8C9-4A1B-B214-162764E5B56E.MP4

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:57:24 PM(UTC+0) | 11/25/2021 6:57:31 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:57:16 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6046B8
(Table: message, attachment, handle, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/a8/08/CC7
4E474-77DB-4C61-B88B-B577DB6095E1/CFE5A2DE-A8C9-4A1B-B214-
162764E5B56E.MP4 :

Haha man I can't wait to get home to eat dosta mi je ove fast food I resatraunt bs lol

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 6:58:23 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 6:58:20 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60444F (Table:
message, handle, Size: 22134784 bytes)

325

Confidential

PLTFS00002813

**Tell me about**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 6:58:37 PM(UTC+0) | 11/25/2021 6:58:37 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 6:58:37 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x605F85
(Table: message, handle, Size: 22134784 bytes)

**Man I love this w900.**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 11:11:59 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 10:12:48 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x605D58
(Table: message, handle, Size: 22134784 bytes)

**Meni je bolji i od peterbilta Lol fk sad bi prodo onoga plavog**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 11:11:59 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 10:13:11 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x605B4A
(Table: message, handle, Size: 22134784 bytes)

326

PLTFS00002814

Hahahah

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 11:12:20 PM(UTC+0) | | |

**Status:** Sent

**Platform:**

11/25/2021 11:12:19 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6058E3
(Table: message, handle, Size: 22134784 bytes)

Vidio sam ga ja ali nisam vidio unutra

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 11:12:45 PM(UTC+0) | 11/25/2021 11:19:13 PM(UTC+0) | |

**Status:** Sent

**Platform:**

11/25/2021 11:12:44 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6056C4
(Table: message, handle, Size: 22134784 bytes)

327

PLTFS00002815

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: IMG_2255.jpeg
Size: 303852
File name: ~/Library/SMS/Attachments/32/02/81C23526-C9A0-4D68-BFEA-E9700B6594C9/IMG_2255.jpeg
Path: https://p40-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/32/02/81C23526-C9A0-4D68-BFEA-E9700B6594C9/IMG_2255.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 11:44:26 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 11:43:26 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x605465
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/32/02/81C23526-C9A0-4D68-BFEA-E9700B6594C9/IMG_2255.jpeg :

## Hahahah

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 11:44:49 PM(UTC+0) | 11/25/2021 11:47:17 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 11:44:48 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6051F7
(Table: message, handle, Size: 22134784 bytes)

328

PLTFS00002816

## Adis is scared

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 11:49:12 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 11:49:12 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x606F8D
(Table: message, handle, Size: 22134784 bytes)

## Niko od nji nesmije njemu reci nista

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 11:49:46 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 11:49:46 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x606D68
(Table: message, handle, Size: 22134784 bytes)

## He got word from Fort Wayne

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 11:50:07 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 11:50:07 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x606B17
(Table: message, handle, Size: 22134784 bytes)

329

Confidential

## Who did call him

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 11:50:13 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/25/2021 11:50:13 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6068D8
(Table: message, handle, Size: 22134784 bytes)

## Karalic himself

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/25/2021 11:50:20 PM(UTC+0) | 11/25/2021 11:59:22 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/25/2021 11:50:20 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6066A9
(Table: message, handle, Size: 22134784 bytes)

## Calming him down

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 11:59:39 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 11:59:31 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x606478
(Table: message, handle, Size: 22134784 bytes)

330

PLTFS00002818

## Idk

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 11:59:44 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 11:59:43 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x606274
(Table: message, handle, Size: 22134784 bytes)

## Prob

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 11:59:45 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 11:59:45 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x607F83
(Table: message, handle, Size: 22134784 bytes)

## He wants to get guys to quit

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/20 21 11:59:50 PM(UTC +0) | |

**Status:** Read

**Platform:**

11/25/2021 11:59:50 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x607D97
(Table: message, handle, Size: 22134784 bytes)

331

Confidential

## Cuz I "Attacked" his brother I guess ?

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/25/2021 11:59:59 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/25/2021 11:59:59 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x607B7B
(Table: message, handle, Size: 22134784 bytes)

## Idk how his mind works

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:00:04 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 12:00:03 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x607943
(Table: message, handle, Size: 22134784 bytes)

## Stupid

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:00:21 AM(UTC+0) | 11/26/2021 12:00:21 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 12:00:21 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x607737
(Table: message, handle, Size: 22134784 bytes)

332

## But they don't want to go work for him

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:00:40 AM(UTC+0) | 11/26/2021 12:04:27 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 12:00:39 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60751A
(Table: message, handle, Size: 22134784 bytes)

## Why ADIS scared

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:11:52 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 12:11:47 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6072B9
(Table: message, handle, Size: 22134784 bytes)

## He said that's his best friend

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:11:53 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 12:11:53 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x608F83
(Table: message, handle, Size: 22134784 bytes)

333

PLTFS00002821

## Trunto

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 12:11:56 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 12:11:55 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x608D5F
(Table: message, handle, Size: 22134784 bytes)

## Idk who that is

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 12:12:03 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 12:12:02 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x608B6F
(Table: message, handle, Size: 22134784 bytes)

## Which one is that

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 12:12:06 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 12:12:06 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60896F
(Table: message, handle, Size: 22134784 bytes)

334

PLTFS00002822

**Bald guy with cancer**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:12:15 AM(UTC+0) | 11/26/2021 12:12:15 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 12:12:15 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60876D
(Table: message, handle, Size: 22134784 bytes)

**Okay**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:12:21 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 12:12:20 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x608534
(Table: message, handle, Size: 22134784 bytes)

**And**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:12:23 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 12:12:23 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x608348
(Table: message, handle, Size: 22134784 bytes)

335

PLTFS00002823

**I don't like them, any karalic pls leave me alone**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:12:55 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 12:12:54 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x609F83 (Table: message, handle, Size: 22134784 bytes)



**They just kissing their ass**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:13:04 AM(UTC+0) | 11/26/2021 12:13:04 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 12:13:03 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x609D3D (Table: message, handle, Size: 22134784 bytes)

**Idc if ur nickname trunto or pajo or w.e**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:13:06 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 12:13:06 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x609AF4 (Table: message, handle, Size: 22134784 bytes)

336

Confidential

**They got a mob "we gonna catch him alive or dead"**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:13:16 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 12:13:16 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6098C0 (Table: message, handle, Size: 22134784 bytes)

**Pls do**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:13:18 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 12:13:18 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x609672
(Table: message, handle, Size: 22134784 bytes)

**Hahahahah**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:13:27 AM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/26/2021 12:13:27 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60948C
(Table: message, handle, Size: 22134784 bytes)

337

Confidential

**Hahahahaha**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:13:30 AM(UTC+0) | | |

Status: Sent
Platform:

11/26/2021 12:13:29 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x609271
(Table: message, handle, Size: 22134784 bytes)

**Man all talk**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:13:51 AM(UTC+0) | 11/26/2021 12:14:27 AM(UTC+0) | |

Status: Sent
Platform:

11/26/2021 12:13:51 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60AF85
(Table: message, handle, Size: 22134784 bytes)

**They hopped on a post and idk even know them to talk shit**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:15:05 AM(UTC+0) | |

Status: Read
Platform:

11/26/2021 12:15:05 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x60AD5A (Table: message, handle, Size: 22134784 bytes)

338

PLTFS00002826

**They can fuck off**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 12:15:08 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 12:15:08 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60AB03
(Table: message, handle, Size: 22134784 bytes)

**A lot people don't like them**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:15:10 AM(UTC+0) | 11/26/20 21 12:15:10 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 12:15:09 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60A901
(Table: message, handle, Size: 22134784 bytes)

**Them people on post are Nobody**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:15:54 AM(UTC+0) | 11/26/20 21 12:15:54 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 12:15:53 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60A6B4
(Table: message, handle, Size: 22134784 bytes)

339

PLTFS00002827

## Yeah like I feel bad  u got cancer

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 12:16:03 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 12:16:03 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60A467
(Table: message, handle, Size: 22134784 bytes)

## But ur a sick.

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 12:16:05 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 12:16:05 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60A23F
(Table: message, handle, Size: 22134784 bytes)

## Seljaci

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:16:06 AM(UTC+0) | 11/26/20 21 12:16:06 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 12:16:05 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60BF85
(Table: message, handle, Size: 22134784 bytes)

340

PLTFS00002828

**Dick**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:16:07 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 12:16:07 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60BD64
(Table: message, handle, Size: 22134784 bytes)

**Wtf u want from me**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:16:12 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 12:16:11 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60BB78
(Table: message, handle, Size: 22134784 bytes)

**Jealous only**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:16:44 AM(UTC+0) | 11/26/2021 12:16:44 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 12:16:44 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60B972
(Table: message, handle, Size: 22134784 bytes)

341

PLTFS00002829

## Talking shit about 26 year old kid meet him for 2min

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:17:33 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 12:17:33 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x60B749 (Table: message, handle, Size: 22134784 bytes)

## Hell yee because you doing good that's Y

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:18:13 AM(UTC+0) | 11/26/2021 12:18:13 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 12:18:13 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60B4FF
(Table: message, handle, Size: 22134784 bytes)

## Ako nema koga jebati nece ni mene.. my dad doesn't he won't either he ain't my daddy lol

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:18:21 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 12:18:21 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60B298 (Table:
message, handle, Size: 22134784 bytes)

342

PLTFS00002830

### He ain't shit

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 12:18:23 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 12:18:23 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60CF83
(Table: message, handle, Size: 22134784 bytes)

### Young but doing better then they do

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 12:18:50 AM(UTC+0) | 11/26/2021 12:18:50 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 12:18:47 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60CD85
(Table: message, handle, Size: 22134784 bytes)

### Can I ask u something

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:14:13 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:14:10 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60CB2E
(Table: message, handle, Size: 22134784 bytes)

343

PLTFS00002831

## U can't tell no one

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:14:15 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:14:15 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60C920
(Table: message, handle, Size: 22134784 bytes)

## Any time

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:14:18 AM(UTC+0) | 11/26/20 21 1:14:19 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:14:18 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60C716
(Table: message, handle, Size: 22134784 bytes)

## Man what me and you talked stay here

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:14:36 AM(UTC+0) | 11/26/20 21 1:14:36 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:14:36 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60C4F5
(Table: message, handle, Size: 22134784 bytes)

344

PLTFS00002832

## Should I let djole go

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:14:53 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:14:53 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60C29A
(Table: message, handle, Size: 22134784 bytes)

## I feel like he's too tied with that bs

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:15:03 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:15:02 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60DF83
(Table: message, handle, Size: 22134784 bytes)

## Edo called me

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:15:09 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:15:09 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60DD4F
(Table: message, handle, Size: 22134784 bytes)

345

PLTFS00002833

## Kao pita da kupi reds truck

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:15:17 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:15:17 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60DB53
(Table: message, handle, Size: 22134784 bytes)

## Kolko ja vidim bojo se sta desava

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:15:32 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:15:31 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60D939
(Table: message, handle, Size: 22134784 bytes)

## Then he asked

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:15:36 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:15:36 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60D713
(Table: message, handle, Size: 22134784 bytes)

346

PLTFS00002834

## And he's like they're sick ppl

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:15:40 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:15:40 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60D517
(Table: message, handle, Size: 22134784 bytes)

## Fuck them blah blah

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:15:43 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:15:43 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60D2EF
(Table: message, handle, Size: 22134784 bytes)

## Reko Edo dw ti radi l suti

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:16:00 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:16:00 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60EF83
(Table: message, handle, Size: 22134784 bytes)

347

Confidential

## To sto u got a big mouth

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:16:05 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:16:05 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60ED6B
(Table: message, handle, Size: 22134784 bytes)

## Pricaj ti sta hos. We have our rules

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:16:15 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:16:15 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60EB57
(Table: message, handle, Size: 22134784 bytes)

## U follow end of story

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:16:20 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:16:20 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60E92B
(Table: message, handle, Size: 22134784 bytes)

348

PLTFS00002836

## I idemo

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:16:23 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:16:23 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60E71D
(Table: message, handle, Size: 22134784 bytes)

## Ali Kolko ja vidim malo se boje

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:16:32 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:16:31 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60E52B
(Table: message, handle, Size: 22134784 bytes)

## A djole malo on their side and that's bringing me drama

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:16:44 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:16:44 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60E309 (Table: message, handle, Size: 22134784 bytes)

349

Confidential

PLTFS00002837

## Maybe also lesson learned to ppl not to fk around

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:17:00 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:17:00 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60FF83 (Table: message, handle, Size: 22134784 bytes)

## What do u think

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:17:03 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:17:03 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60FD3F
(Table: message, handle, Size: 22134784 bytes)

## Djole kissing their ass but they don't like him at all

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:17:15 AM(UTC+0) | 11/26/2021 1:17:15 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:17:14 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60FB3F (Table: message, handle, Size: 22134784 bytes)

350

Confidential

## I know

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:17:26 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:17:26 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60F8BE
(Table: message, handle, Size: 22134784 bytes)

## They're all fake

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:17:28 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:17:28 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60F6CE
(Table: message, handle, Size: 22134784 bytes)

## Zato I'm ja nepasem

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:17:33 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:17:33 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60F4C8
(Table: message, handle, Size: 22134784 bytes)

351

PLTFS00002839

**Yep**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:17:38 AM(UTC+0) | 11/26/20 21 1:17:38 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:17:38 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x60F2BC
(Table: message, handle, Size: 22134784 bytes)

**So what do u think**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:17:50 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:17:50 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x610F83
(Table: message, handle, Size: 22134784 bytes)

**Should I let him go**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:17:57 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:17:57 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x610D7B
(Table: message, handle, Size: 22134784 bytes)

352

PLTFS00002840

**Man if you think je is fuck up don't hesitate**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:18:35 AM(UTC+0) | 11/26/2021 1:18:35 AM(UTC+0) | |

Status: Sent
Platform:

11/26/2021 1:18:35 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x610B73 (Table: message, handle, Size: 22134784 bytes)

**Bolji su ovi mudze kako I ti zoves**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:18:38 AM(UTC+0) | |

Status: Read
Platform:

11/26/2021 1:18:38 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x610904 (Table: message, handle, Size: 22134784 bytes)

**Nije on fuck yo anything**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:18:46 AM(UTC+0) | |

Status: Read
Platform:

11/26/2021 1:18:46 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6106DC (Table: message, handle, Size: 22134784 bytes)

353

PLTFS00002841

## But the karalic shit

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:18:49 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:18:49 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6104C8
(Table: message, handle, Size: 22134784 bytes)

## I want them away

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:18:52 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:18:52 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6102BE
(Table: message, handle, Size: 22134784 bytes)

## Ove mudze cute i rade

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:18:54 AM(UTC+0) | 11/26/20 21 1:18:54 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:18:54 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x611F85
(Table: message, handle, Size: 22134784 bytes)

354

PLTFS00002842

## From my business

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:18:55 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:18:54 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x611D48
(Table: message, handle, Size: 22134784 bytes)

## I love them

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:19:08 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:19:07 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x611B46
(Table: message, handle, Size: 22134784 bytes)

## Dude they seem normal

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:19:15 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:19:15 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61194C
(Table: message, handle, Size: 22134784 bytes)

355

Confidential

PLTFS00002843

## Ppl

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:19:16 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:19:16 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61173E
(Table: message, handle, Size: 22134784 bytes)

## Ljudi radu

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:19:19 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:19:19 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x611554
(Table: message, handle, Size: 22134784 bytes)

## Idu kuci fameliji

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:19:25 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:19:25 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61135C
(Table: message, handle, Size: 22134784 bytes)

356

PLTFS00002844

## Like wtf

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:19:30 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:19:30 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x612F83
(Table: message, handle, Size: 22134784 bytes)

## That's what I told Sladin them mudze rade i cute ovi samo pametuju

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:19:43 AM(UTC+0) | 11/26/2021 1:19:43 AM(UTC+0 ) | |

**Status:** Sent
**Platform:**

11/26/2021 1:19:43 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x612D91
(Table: message, handle, Size: 22134784 bytes)

## I can't man

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:19:52 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:19:52 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x612AF7
(Table: message, handle, Size: 22134784 bytes)

357

PLTFS00002845

## I'm not gonna play games with adults

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:20:03 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:20:03 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6128F9
(Table: message, handle, Size: 22134784 bytes)

## Djole suti

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:20:22 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:20:22 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6126CB
(Table: message, handle, Size: 22134784 bytes)

## Pita why u screenshot

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:20:27 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:20:27 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6124D3
(Table: message, handle, Size: 22134784 bytes)

358

PLTFS00002846

## Reko zato sto si reko someone looking for me

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:20:40 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:20:39 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6122C7 (Table: message, handle, Size: 22134784 bytes)

## U think these are games

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:20:43 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:20:43 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x613F83
(Table: message, handle, Size: 22134784 bytes)

## Try it

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:20:45 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:20:45 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x613D73
(Table: message, handle, Size: 22134784 bytes)

359

Confidential

### And there is screen cap on my phone too

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:20:53 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:20:53 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x613B85
(Table: message, handle, Size: 22134784 bytes)

### Hajde budi musko

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:20:57 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:20:57 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x613953
(Table: message, handle, Size: 22134784 bytes)

### I got my concealed but they don't neeed to know that

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:21:15 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:21:15 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61374F (Table: message, handle, Size: 22134784 bytes)

360

PLTFS00002848

**America baby**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:21:30 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:21:29 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6134FF
(Table: message, handle, Size: 22134784 bytes)

**Haj udri**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:21:33 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:21:33 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x613303
(Table: message, handle, Size: 22134784 bytes)



**You don't need that you have me I'm your concealed don't worry**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:21:53 AM(UTC+0) | 11/26/2021 1:21:53 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:21:52 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x614F85 (Table: message, handle, Size: 22134784 bytes)

361

Man ima tell u something plz never share , I grew up to all kinda issues and abuse shit

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:22:07 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:22:07 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x614CE9 (Table: message, handle, Size: 22134784 bytes)

If they think I'm scared

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:22:12 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:22:12 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x614A56 (Table: message, handle, Size: 22134784 bytes)

They don't know lmao

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:22:15 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:22:15 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x614840 (Table: message, handle, Size: 22134784 bytes)

362

PLTFS00002850

## Who I am

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:22:17 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:22:17 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x614630
(Table: message, handle, Size: 22134784 bytes)

## They must not have asked around enough

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:22:31 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:22:31 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61443C
(Table: message, handle, Size: 22134784 bytes)

## Around Jax I guess

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:22:35 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:22:35 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61420C
(Table: message, handle, Size: 22134784 bytes)

363

PLTFS00002851

## And don't know

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:22:38 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:22:37 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x615F83
(Table: message, handle, Size: 22134784 bytes)

## Certain things too

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:22:45 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:22:45 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x615D7F
(Table: message, handle, Size: 22134784 bytes)

## But

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:22:47 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:22:47 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x615B77
(Table: message, handle, Size: 22134784 bytes)

364

PLTFS00002852

I'm not playing games with them and from what I see from Djole I feel like it's trouble that's why I wanted to know what do you think you know those fuckers better

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:23:15 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:23:15 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61598D (Table: message, handle, Size: 22134784 bytes)

---

Kumovi ste lol

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:23:21 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:23:21 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x615654 (Table: message, handle, Size: 22134784 bytes)

---

Right?

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:23:27 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:23:27 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x615454 (Table: message, handle, Size: 22134784 bytes)

365

PLTFS00002853

## Man they treated me for years never come even close me

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:23:40 AM(UTC+0) | 11/26/2021 1:23:40 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:23:40 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x615266 (Table: message, handle, Size: 22134784 bytes)

## They feel balsy with me

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:23:55 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:23:55 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x616F83
(Table: message, handle, Size: 22134784 bytes)

## Cuz I'm 26

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:23:58 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:23:57 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x616D71
(Table: message, handle, Size: 22134784 bytes)

366

PLTFS00002854

**They don't like me at all**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:24:02 AM(UTC+0) | 11/26/2021 1:24:02 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:24:02 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x616B77
(Table: message, handle, Size: 22134784 bytes)

**It's okay though let them try**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:24:03 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:24:03 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x616930
(Table: message, handle, Size: 22134784 bytes)

**I'm not like them**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:24:11 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:24:11 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61670E
(Table: message, handle, Size: 22134784 bytes)

367

PLTFS00002855

## I don't make threats

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:24:14 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:24:14 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x616504
(Table: message, handle, Size: 22134784 bytes)

## But I do defend myself

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:24:18 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:24:18 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6162F4
(Table: message, handle, Size: 22134784 bytes)



## Yep

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:24:30 AM(UTC+0) | 11/26/2021 1:24:30 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:24:30 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x617F85
(Table: message, handle, Size: 22134784 bytes)

368

PLTFS00002856

Djole i Čajan are too much on the phone with them

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:24:58 AM(UTC+0) | 11/26/2021 1:24:58 AM(UTC+0) | |

Status: Sent
Platform:

11/26/2021 1:24:58 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x617D70 (Table: message, handle, Size: 22134784 bytes)

One out one left

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:25:13 AM(UTC+0) | |

Status: Read
Platform:

11/26/2021 1:25:13 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x617AFB (Table: message, handle, Size: 22134784 bytes)

They make money here but talking about us

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:26:13 AM(UTC+0) | 11/26/2021 1:26:14 AM(UTC+0) | |

Status: Sent
Platform:

11/26/2021 1:26:13 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6178FB (Table: message, handle, Size: 22134784 bytes)

369

Confidential

## Djole gross is sad

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:26:22 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:26:22 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x617696
(Table: message, handle, Size: 22134784 bytes)

## Can't remember right now

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:26:26 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:26:26 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61748E
(Table: message, handle, Size: 22134784 bytes)

## I bet you they are on the phone now

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:26:27 AM(UTC+0) | 11/26/2021 1:26:27 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:26:27 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61727A
(Table: message, handle, Size: 22134784 bytes)

370

## But Znam da nije

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:26:29 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:26:29 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x618F83
(Table: message, handle, Size: 22134784 bytes)

## I know they are

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:26:36 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:26:36 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x618D7F
(Table: message, handle, Size: 22134784 bytes)

## But he doesn't work

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:26:45 AM(UTC+0) | 11/26/2021 1:26:45 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:26:44 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x618B81
(Table: message, handle, Size: 22134784 bytes)

371

PLTFS00002859

**Always doing something else**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:26:58 AM(UTC+0) | 11/26/2021 1:27:11 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:26:57 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x618946
(Table: message, handle, Size: 22134784 bytes)

**See no one even texted me today because they know I'm on your side and they don't want to mess with me**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:29:20 AM(UTC+0) | 11/26/2021 1:29:30 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:29:19 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6186FF (Table: message, handle, Size: 22134784 bytes)

**They called everyone else**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:29:35 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:29:35 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x619F83
(Table: message, handle, Size: 22134784 bytes)

372

**Lol**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:29:37 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:29:37 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x619D6F
(Table: message, handle, Size: 22134784 bytes)

**Yep**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:29:43 AM(UTC+0) | 11/26/20 21 1:29:43 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:29:43 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x619B87
(Table: message, handle, Size: 22134784 bytes)

**Trying to get them to quit**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:29:44 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:29:43 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61996E
(Table: message, handle, Size: 22134784 bytes)

373

## Nece nijedan

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:29:47 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:29:47 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x619758
(Table: message, handle, Size: 22134784 bytes)

## Nisu ludi

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:29:54 AM(UTC+0) | 11/26/2021 1:29:54 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:29:54 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61955E
(Table: message, handle, Size: 22134784 bytes)

## He told me we will count trucks and trailers

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:29:59 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:29:59 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x619339 (Table:
message, handle, Size: 22134784 bytes)

374

PLTFS00002862

**I told you**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:30:01 AM(UTC+0) | 11/26/2021 1:30:01 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:30:01 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61AF85
(Table: message, handle, Size: 22134784 bytes)

**He can't compete**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:30:02 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:30:02 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61AD5E
(Table: message, handle, Size: 22134784 bytes)

**Does he have 5 trucks?**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:30:06 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:30:06 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61AB56
(Table: message, handle, Size: 22134784 bytes)

**375**

PLTFS00002863

**No**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:30:19 AM(UTC+0) | 11/26/2021 1:30:19 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:30:19 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61A948
(Table: message, handle, Size: 22134784 bytes)

**2**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:30:22 AM(UTC+0) | 11/26/2021 1:30:22 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:30:21 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61A735
(Table: message, handle, Size: 22134784 bytes)

**Does he want me to report him to active**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:30:23 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 1:30:23 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61A522
(Table: message, handle, Size: 22134784 bytes)

376

PLTFS00002864

## Under 10 trucks

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:30:29 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:30:29 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61A2F2
(Table: message, handle, Size: 22134784 bytes)



## Yep

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:30:34 AM(UTC+0) | 11/26/20 21 1:30:34 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:30:34 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61BF85
(Table: message, handle, Size: 22134784 bytes)



## That's what I told you he is only talking

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:30:53 AM(UTC+0) | 11/26/20 21 1:30:53 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:30:53 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61BD6E
(Table: message, handle, Size: 22134784 bytes)

377

PLTFS00002865

## Kk done deal Monday

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:30:54 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:30:53 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61BB05
(Table: message, handle, Size: 22134784 bytes)

## I'm pretty good with Jason

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:31:01 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:31:01 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61B57F
(Table: message, handle, Size: 22134784 bytes)

## I will ask around

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:31:04 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 1:31:04 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61B363
(Table: message, handle, Size: 22134784 bytes)

378

PLTFS00002866

## Be like I thought y'all have requirements

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:31:10 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:31:10 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61CF83
(Table: message, handle, Size: 22134784 bytes)

## Kad pita kako

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:31:13 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:31:13 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61CD4B
(Table: message, handle, Size: 22134784 bytes)

## Well bro

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 1:31:16 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 1:31:16 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61CB4D
(Table: message, handle, Size: 22134784 bytes)

379

Confidential

## Esm.. 2 trucks

**From:** +19044456478 Alen Kajdic Kajdic
**To:** +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:31:21 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:31:21 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61C959
(Table: message, handle, Size: 22134784 bytes)

### Haha

**From:** +13522387670 (owner)
**To:** +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:31:33 AM(UTC+0) | 11/26/20 21 1:32:29 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:31:33 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61C75D
(Table: message, handle, Size: 22134784 bytes)

### I don't even worry they going to do anything they just embers that you fuck them on FB and everyone see

**From:** +13522387670 (owner)
**To:** +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:33:40 AM(UTC+0) | 11/26/2021 1:33:49 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:33:40 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61C544 (Table: message, handle, Size: 22134784 bytes)

380

Confidential

PLTFS00002868

Ima block

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:34:07 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:33:59 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61C25E
(Table: message, handle, Size: 22134784 bytes)



Hope so they would ask me something

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:34:37 AM(UTC+0) | 11/26/20 21 1:35:08 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:34:37 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61DF85
(Table: message, handle, Size: 22134784 bytes)

Nece

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 1:36:20 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 1:36:17 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61DD2C
(Table: message, handle, Size: 22134784 bytes)

381

PLTFS00002869

Nop znaju sta cu im reci

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 1:36:39 AM(UTC+0) | 11/26/2021 1:36:59 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 1:36:39 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61DB42
(Table: message, handle, Size: 22134784 bytes)

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Attachments:**



Title: IMG_1961.PNG
Size: 5294582
File name: ~/Library/SMS/Attachments/34/04/23FEA730-C262-4C39-82E3-CEE339706985/IMG_1961.PNG
Path: https://p66-content.icloud.com/M7C7BEFC18390691C675192372B26626CAC1C32E349074972E23A9A24A58D18FD.C01USN00
~/Library/SMS/Attachments/34/04/23FEA730-C262-4C39-82E3-CEE339706985/IMG_1961.PNG

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 2:24:53 AM(UTC+0) | 11/26/2021 2:25:04 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 2:24:52 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61D903
(Table: message, attachment, handle, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/34/04/23FEA730-C262-4C39-82E3-CEE339706985/IMG_1961.PNG :

382

Confidential

**Gledaj i vidjet ces malo ko ce smijeti da like**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 2:25:18 AM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/26/2021 2:25:18 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61D6A4 (Table: message, handle, Size: 22134784 bytes)

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Attachments:**

I HAVE A HEART OF GOLD, BUT MY ATTITUDE DEPENDS ON HOW I'M TREATED

Title: IMG_1960.jpg
Size: 255355
File name: ~/Library/SMS/Attachments/71/01/DBDADFCB-889B-4C30-B955-EAD359E36C72/IMG_1960.jpg
Path: https://p64-content.icloud.com/M7C7BEFC18390691C675192372B26626CAC1C32E349074972E23A9A24A58D18FD.C01USN00
~/Library/SMS/Attachments/71/01/DBDADFCB-889B-4C30-B955-EAD359E36C72/IMG_1960.jpg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 2:53:44 AM(UTC+0) | 11/26/2021 2:53:53 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 2:53:40 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61D437 (Table: message, attachment, handle, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/71/01/DBDADFCB-889B-4C30-B955-EAD359E36C72/IMG_1960.jpg :

383

PLTFS00002871

Edo me zvao Kaze nama je deleto , da warn drivers going to laredo da nebi ovi pili cjelu noc sa njima pa ujtro zvali cops da podzu na del ili p/u

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:02:14 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:02:13 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61EF83 (Table: message, handle, Size: 22134784 bytes)

Luckily we have drivers koji nisu balavci so Kad I'm kazes hoce poslusati

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:02:32 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:02:31 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61EC78
(Table: message, handle, Size: 22134784 bytes)

Ali Edo isto razmislja drugcije

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:02:42 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:02:42 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61E9FD
(Table: message, handle, Size: 22134784 bytes)

384

PLTFS00002872

**Sad lol**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:02:45 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:02:45 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61E7DB
(Table: message, handle, Size: 22134784 bytes)

---

**Why is everyone so afraid of these idiots**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:03:19 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:03:19 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61E5E9 (Table:
message, handle, Size: 22134784 bytes)

---

**I warned him sooner I see on FB**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:03:23 AM(UTC+0) | 11/26/20 21 4:03:23 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:03:23 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61E3B5
(Table: message, handle, Size: 22134784 bytes)

385

PLTFS00002873

**Hahahah**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:03:32 AM(UTC+0) | 11/26/2021 4:03:32 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:03:32 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61FF85
(Table: message, handle, Size: 22134784 bytes)

**I don't know**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:03:37 AM(UTC+0) | 11/26/2021 4:03:37 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:03:37 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61FD66
(Table: message, handle, Size: 22134784 bytes)

**Just Nemoj sebi staviti u situation da te budala Moze zvati cops on u**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:03:38 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:03:37 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61FB37
(Table: message, handle, Size: 22134784 bytes)

386

PLTFS00002874

## Budi cist nemas se cega bojati

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:03:49 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:03:49 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61F8C8
(Table: message, handle, Size: 22134784 bytes)

## Yep

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:03:53 AM(UTC+0) | 11/26/20 21 4:03:53 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:03:53 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61F6AA
(Table: message, handle, Size: 22134784 bytes)

## Man a lot driver called me

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:04:09 AM(UTC+0) | 11/26/20 21 4:04:09 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:04:08 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61F495
(Table: message, handle, Size: 22134784 bytes)

387

Confidential

## I know everyone is like panicking

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:04:17 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:04:17 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x61F24E
(Table: message, handle, Size: 22134784 bytes)



## Kaze sta hoce oni

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:04:18 AM(UTC+0) | 11/26/20 21 4:04:18 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:04:18 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x620F85
(Table: message, handle, Size: 22134784 bytes)

## For no reason

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:04:28 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:04:28 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x620D52
(Table: message, handle, Size: 22134784 bytes)

388

PLTFS00002876

### Niko ih nevoli

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:04:30 AM(UTC+0) | 11/26/2021 4:04:30 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:04:30 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x620B56
(Table: message, handle, Size: 22134784 bytes)

### Warn them to stay away

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:04:53 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:04:53 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x620927
(Table: message, handle, Size: 22134784 bytes)

### They don't wanna start something

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:04:59 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:04:59 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x620717
(Table: message, handle, Size: 22134784 bytes)

389

PLTFS00002877

## Whatever they did

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:05:08 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:05:08 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6204F1
(Table: message, handle, Size: 22134784 bytes)

## I can do worse I promise

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:05:12 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:05:12 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6202EB
(Table: message, handle, Size: 22134784 bytes)

## Sto hiljada u laredu ode glava nekom pa Nek se igra sa fr8

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:05:46 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:05:46 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db :
0x621F83 (Table: message, handle, Size: 22134784 bytes)

390

PLTFS00002878

## That's my baby I spent years

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:05:58 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 4:05:58 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x621D2A
(Table: message, handle, Size: 22134784 bytes)

## Just warning

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:06:17 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 4:06:17 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x621B0A
(Table: message, handle, Size: 22134784 bytes)

## Tell them to stop pushing

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:06:21 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 4:06:21 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62190E
(Table: message, handle, Size: 22134784 bytes)

391

Confidential

PLTFS00002879

## Or it won't be good

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:06:36 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:06:35 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6216F8
(Table: message, handle, Size: 22134784 bytes)

## someone will end up locked up or in jail

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:06:42 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:06:42 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6214EC
(Table: message, handle, Size: 22134784 bytes)

## Locked up or dead lol

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:06:52 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:06:52 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6212B8
(Table: message, handle, Size: 22134784 bytes)

392

PLTFS00002880

## My bad

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:06:54 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 4:06:54 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x622F83
(Table: message, handle, Size: 22134784 bytes)

## You'll see

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:07:04 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 4:07:04 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x622D95
(Table: message, handle, Size: 22134784 bytes)

## Let someone touch fr8

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:07:08 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 4:07:08 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x622B9B
(Table: message, handle, Size: 22134784 bytes)

393

PLTFS00002881

## Mogu da nam popuse

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:07:26 AM(UTC+0) | 11/26/20 21 4:07:29 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:07:25 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62298F
(Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**

I HAVE A HEART OF GOLD, BUT MY ATTITUDE DEPENDS ON HOW I'M TREATED

Title: IMG_1960.heic
Size: 31590
File name: ~/Library/SMS/Attachments/20/00/64B52D88-AA54-44BD-A358-3B359DEC48A8/IMG_1960.heic
Path: https://p28-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/20/00/64B52D88-AA54-44BD-A358-3B359DEC48A8/IMG_1960.heic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:07:32 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:07:30 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x622758
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/20/00/64B52D88-AA54-44BD-A358-3B359DEC48A8/IMG_1960.heic :

394

PLTFS00002882

**Yep**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:07:37 AM(UTC+0) | 11/26/2021 4:07:37 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:07:36 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6224EA
(Table: message, handle, Size: 22134784 bytes)

**Neke stvari nedam Kralju**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:07:41 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:07:41 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6222D3
(Table: message, handle, Size: 22134784 bytes)

**Tako treba**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:07:52 AM(UTC+0) | 11/26/2021 4:07:52 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:07:52 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x623F85
(Table: message, handle, Size: 22134784 bytes)

395

PLTFS00002883

## Znam Kolko sam proso muka dok sam dovoga stigo

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:07:55 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:07:55 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x623D60 (Table: message, handle, Size: 22134784 bytes)

## I know believe me bein there

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:08:25 AM(UTC+0) | 11/26/20 21 4:08:25 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:08:24 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x623B22 (Table: message, handle, Size: 22134784 bytes)

## Zato su oni ljubomorni

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:08:45 AM(UTC+0) | 11/26/20 21 4:08:45 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:08:45 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6238D9 (Table: message, handle, Size: 22134784 bytes)

396

PLTFS00002884

## Yeah Ali Ovo ode daleko

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:08:59 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 4:08:56 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62369A
(Table: message, handle, Size: 22134784 bytes)

## Pocelo se pretiti

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:09:02 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 4:09:02 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x623488
(Table: message, handle, Size: 22134784 bytes)

## Nece izaci dobro

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:09:08 AM(UTC+0) | |

**Status:** Read

**Platform:**

11/26/2021 4:09:08 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x623282
(Table: message, handle, Size: 22134784 bytes)

397

PLTFS00002885

**Ko prijeti**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:09:23 AM(UTC+0) | 11/26/2021 4:09:23 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:09:22 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x624F85
(Table: message, handle, Size: 22134784 bytes)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: IMG_2249.jpeg
Size: 436903
File name: ~/Library/SMS/Attachments/88/08/A481B434-41C7-41CC-BB45-75C6B8E6675B/IMG_2249.jpeg
Path: https://p46-content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782BF7955EC01838A6C6.C01USN00

~/Library/SMS/Attachments/88/08/A481B434-41C7-41CC-BB45-75C6B8E6675B/IMG_2249.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:10:19 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:10:14 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x624D60
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/88/08/A481B434-41C7-41CC-BB45-75C6B8E6675B/IMG_2249.jpeg :

398

Confidential

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Attachments:**



Title: IMG_2257.jpeg
Size: 323614
File name: ~/Library/SMS/Attachments/30/00/82AEED2C-E08C-4940-A7B8-
0DC870567B7F/IMG_2257.jpeg
Path: https://p58-
content.icloud.com/M8E0B03DCAEE4DBEC4D431982D10B6633BB313A5F7BEF782
BF7955EC01838A6C6.C01USN00
~/Library/SMS/Attachments/30/00/82AEED2C-E08C-4940-A7B8-
0DC870567B7F/IMG_2257.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:10:39 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:10:38 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x624AF0
(Table: message, handle, attachment, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/30/00/82A
EED2C-E08C-4940-A7B8-0DC870567B7F/IMG_2257.jpeg :

Hahahaha

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:10:40 AM(UTC+0) | 11/26/2021 4:10:40 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:10:39 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x624882
(Table: message, handle, Size: 22134784 bytes)

399

Confidential

PLTFS00002887

**If I fire back**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:11:17 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:10:45 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62465F
(Table: message, handle, Size: 22134784 bytes)

**It'll be real**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:11:17 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:10:55 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62445F
(Table: message, handle, Size: 22134784 bytes)

**Idk if they joke or not**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:11:17 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:10:58 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62425D
(Table: message, handle, Size: 22134784 bytes)

400

PLTFS00002888

## That's not a joke to me

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:11:17 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:11:02 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x625F83
(Table: message, handle, Size: 22134784 bytes)

## And calling cops on my drivers either

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:11:17 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:11:10 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x625D6F
(Table: message, handle, Size: 22134784 bytes)

## That's all talk

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:11:40 AM(UTC+0) | 11/26/2021 4:11:40 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:11:40 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x625B43
(Table: message, handle, Size: 22134784 bytes)

401

PLTFS00002889

### Okay Amire vidicemo it doesn't seem to be stopping

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:11:57 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:11:57 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62590E (Table: message, handle, Size: 22134784 bytes)

### And I don't respond well to threats

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:12:06 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:12:06 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6256C2
(Table: message, handle, Size: 22134784 bytes)

### Ja mogo sve kad mi kazes dogovoriti se Ali ne kad preti mi

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:12:20 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:12:19 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x625494 (Table: message, handle, Size: 22134784 bytes)

402

## 11pm drivers still calling me

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:12:36 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:12:36 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x626F83
(Table: message, handle, Size: 22134784 bytes)

## lol

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:12:38 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:12:38 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6269F6
(Table: message, handle, Size: 22134784 bytes)

## Vjeruj mi nesmiju ni blizo doci ti znaju oni mene

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:12:51 AM(UTC+0) | 11/26/2021 4:12:51 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:12:51 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62680E (Table: message, handle, Size: 22134784 bytes)

403

Confidential

Semsudin 12125 Firekat Cv; Fort Wayne, IN 46845-2074
Hajrudin 3515 Parkhill Ave; Fort Wayne, IN 46805-1853

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:37:00 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:36:55 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x627F09 (Table: message, handle, Size: 22134784 bytes)



Hahaha sta je ovo

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:37:19 AM(UTC+0) | 11/26/2021 4:37:19 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:37:19 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6263AC (Table: message, handle, Size: 22134784 bytes)

Should be there addresses to their homes just in case :)

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:37:35 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:37:35 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x628F83 (Table: message, handle, Size: 22134784 bytes)

404

PLTFS00002892



**Hahahaha**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:37:45 AM(UTC+0) | 11/26/20 21 4:37:45 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:37:45 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x628D31
(Table: message, handle, Size: 22134784 bytes)

**Digging up info to see what's online since they know so much about me, gotta be ready**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:38:02 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:38:02 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x628B10 (Table:
message, handle, Size: 22134784 bytes)



**Man don't worry**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:38:04 AM(UTC+0) | 11/26/20 21 4:38:05 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:38:03 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62887F
(Table: message, handle, Size: 22134784 bytes)

405

PLTFS00002893

## Ah nah I don't take lightly to this

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:38:12 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 4:38:12 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62864A
(Table: message, handle, Size: 22134784 bytes)

## At first it was ok

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:38:16 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 4:38:15 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62841C
(Table: message, handle, Size: 22134784 bytes)

## 10 calls later

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:38:18 AM(UTC +0) | |

**Status:** Read

**Platform:**

11/26/2021 4:38:18 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x628214
(Table: message, handle, Size: 22134784 bytes)

406

Confidential

PLTFS00002894

## It's not

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/20 21 4:38:20 AM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 4:38:20 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x629F83
(Table: message, handle, Size: 22134784 bytes)

## Oni su mali makovi

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:38:22 AM(UTC+0) | 11/26/20 21 4:38:22 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:38:22 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x629D8F
(Table: message, handle, Size: 22134784 bytes)

## Believe me I know them

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:38:40 AM(UTC+0) | 11/26/20 21 4:38:40 AM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:38:40 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-
875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x629B5A
(Table: message, handle, Size: 22134784 bytes)

407

PLTFS00002895

## Plus.. that man said allot of shit

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:38:46 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:38:46 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62991D
(Table: message, handle, Size: 22134784 bytes)

## About my family

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:38:49 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:38:49 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6296F7
(Table: message, handle, Size: 22134784 bytes)

## I did not cuss his mother , or wife or kids

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:38:58 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:38:58 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6294F7 (Table: message, handle, Size: 22134784 bytes)

408

Confidential

**Pa on samo to i zna**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:39:14 AM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/26/2021 4:39:13 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x6292C7
(Table: message, handle, Size: 22134784 bytes)

**Nema njega na mapi nigdje**

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:39:35 AM(UTC+0) | 11/26/2021 4:39:46 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:39:34 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62AF85
(Table: message, handle, Size: 22134784 bytes)

**Nek on meni javi kad bude u laredu do I know when family alone**

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:40:06 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:40:06 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62AD40
(Table: message, handle, Size: 22134784 bytes)

409

PLTFS00002897

## If we gonna go down this route

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:40:10 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:40:10 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62AACF
(Table: message, handle, Size: 22134784 bytes)

## Reko mi je javiti next week

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:40:28 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:40:28 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62A8B1
(Table: message, handle, Size: 22134784 bytes)

## Ama kakav on gotov umro

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:40:40 AM(UTC+0) | 11/26/2021 4:40:40 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:40:40 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62A69B
(Table: message, handle, Size: 22134784 bytes)

410

PLTFS00002898

## Ama peder bolan

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:40:54 AM(UTC+0) | 11/26/2021 4:40:54 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:40:54 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62A45C
(Table: message, handle, Size: 22134784 bytes)

## Najebace nevini

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:41:01 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:41:01 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62A22B
(Table: message, handle, Size: 22134784 bytes)

## On samo laje po FB i drugima

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:41:13 AM(UTC+0) | 11/26/2021 4:41:13 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:41:12 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62BF85
(Table: message, handle, Size: 22134784 bytes)

411

PLTFS00002899

## Pretili su meni isto i veci od njega pa ih nigdje nema kad dodjem u Laredo

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:42:24 AM(UTC+0) | 11/26/2021 4:42:24 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:42:24 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62BD3C
(Table: message, handle, Size: 22134784 bytes)

## Sto kad dodzes u laredo ur both in ft Wayne

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:42:53 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:42:49 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62BA94 (Table: message, handle, Size: 22134784 bytes)

## Ali eto vidicemo ko ce koga jebati

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 4:43:07 AM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 4:43:07 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62B85A
(Table: message, handle, Size: 22134784 bytes)

412

Confidential

## On nece nikog znam ja nji dobro

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 4:43:26 AM(UTC+0) | 11/26/2021 4:43:26 AM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 4:43:26 AM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62B634
(Table: message, handle, Size: 22134784 bytes)

## What's up man

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 6:58:36 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/26/2021 6:58:31 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62B3ED
(Table: message, handle, Size: 22134784 bytes)

## Did that ass stop texting

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 6:58:48 PM(UTC+0) | 11/26/2021 7:28:00 PM(UTC+0) | |

**Status:** Sent
**Platform:**

11/26/2021 6:58:48 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62CF85
(Table: message, handle, Size: 22134784 bytes)

413

PLTFS00002901

## Yeah I didn't respond

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 7:28:13 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 7:28:06 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62CD40
(Table: message, handle, Size: 22134784 bytes)

## And he hasn't msged me anymore

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 7:28:15 PM(UTC+0) | |

**Status:** Read
**Platform:**

11/26/2021 7:28:15 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62CB2E
(Table: message, handle, Size: 22134784 bytes)

## Haha

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 7:28:31 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/26/2021 7:28:30 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62C914
(Table: message, handle, Size: 22134784 bytes)

414

PLTFS00002902

## Good

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 7:28:32 PM(UTC+0) | 11/26/2021 7:44:44 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 7:28:32 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62C6FB
(Table: message, handle, Size: 22134784 bytes)

## Blocked # too

From: +19044456478 Alen Kajdic Kajdic
To: +13522387670 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13522387670 | | 11/26/2021 7:45:35 PM(UTC +0) | |

**Status:** Read
**Platform:**

11/26/2021 7:45:27 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62C4E2
(Table: message, handle, Size: 22134784 bytes)

## Hahahaha good he is not worthy

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 7:46:07 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/26/2021 7:46:05 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62C2EE
(Table: message, handle, Size: 22134784 bytes)

**415**

PLTFS00002903

Wondering Who gives your number to him

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/26/2021 7:46:49 PM(UTC+0) | 11/26/20 21 7:57:06 PM(UTC +0) | |

**Status:** Sent
**Platform:**

11/26/2021 7:46:47 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62DF85
(Table: message, handle, Size: 22134784 bytes)

From: +13522387670 (owner)
To: +19044456478 Alen Kajdic Kajdic

**Attachments:**



Title: 65991495103__5C498C78-2A6E-449D-93F6-42D33D5BC6DE.HEIC
Size: 2381160
File name: ~/Library/SMS/Attachments/31/01/A32E79F2-3D0A-4AB2-A770-8DE11D27F73F/65991495103__5C498C78-2A6E-449D-93F6-42D33D5BC6DE.HEIC
Path: https://p11-content.icloud.com/M7C7BEFC18390691C675192372B26626CAC1C32E349074972E23A9A24A58D18FD.C01USN00
~/Library/SMS/Attachments/31/01/A32E79F2-3D0A-4AB2-A770-8DE11D27F73F/65991495103__5C498C78-2A6E-449D-93F6-42D33D5BC6DE.HEIC
(Empty File)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19044456478 Alen Kajdic Kajdic | 11/29/2021 9:44:48 PM(UTC+0) | | |

**Status:** Sent
**Platform:**

11/29/2021 9:42:36 PM(UTC+0)

Source Info:
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/sms.db : 0x62DD30
(Table: message, attachment, handle, Size: 22134784 bytes)
[507D666B-A21D-4A98-998E-875441BFBD5C][20250124_173011Z][R]/HomeDomain/Library/SMS/Attachments/31/01/A32E79F2-3D0A-4AB2-A770-8DE11D27F73F/65991495103__5C498C78-2A6E-449D-93F6-42D33D5BC6DE.HEIC :

416

Confidential