# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

EDIN HUSIDIC D/B/A AMA EXPRESS,
INC., *et al.*,

        Plaintiffs,

v.                                        No. 3:24-cv-00963-WGY-SJH

FR8 SOLUTIONS, INC., ALEN KAJDIC,
and AZRA BEGOVIC,

        Defendants.

_____/

## DECLARATION OF KENAN HUJDUR

1.    My name is Kenan Hujdur. I am over the age of eighteen and competent to testify as to the matters set forth in this Declaration.

2.    I was an independent contractor with Defendant FR8 Solutions, Inc. ("FR8"), and I have personal knowledge of the matters stated herein.

3.    On or around January or February 2022, an FR8 employee and/or representative informed me that FR8 was underpaying its truck drivers.

4.    After being told about the underpayment scheme, on or around March 2022, I told Alen Kajdic that I was going to report him to the DOT for stealing from truck drivers for refusing to pay me my last paycheck.

5.    I also attempted to obtain information relating to the true load pricing information from Ascent On-Demand.

1

6.    On or around March 2022, I understand that Alen Kajdic found out that I had discovered the underpayment scheme and made death threats about me.

7.    Alen Kajdic terminated my independent contractor agreement on or around March 2022.

8.    The threatening statements that Alen Kajdic has made about me have caused me stress and anxiety. I fear for my and my wife's wellbeing because I decided to bring this suit and speak out about Alen Kajdic underpaying truck drivers. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3 day of April , 2026, at 3:10 .

_Kenan Hujdur_
Kenan Hujdur (Apr 3, 2026 15:13:32 CDT)

Kenan Hujdur

2

# Declaration of Kenan Hujdur 4.3.26

Final Audit Report                                                          2026-04-03

| | |
|---|---|
| Created: | 2026-04-03 |
| By: | Makayla Taylor (mtaylor@jaffeberlin.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAC8Puhg8KGR-2_R7Hcf34fyXd5wYDm922 |

## "Declaration of Kenan Hujdur 4.3.26" History

Document created by Makayla Taylor (mtaylor@jaffeberlin.com)
2026-04-03 - 8:03:06 PM GMT

Document emailed to hujdurk@hotmail.com for signature
2026-04-03 - 8:04:39 PM GMT

Email viewed by hujdurk@hotmail.com
2026-04-03 - 8:05:11 PM GMT

Signer hujdurk@hotmail.com entered name at signing as Kenan Hujdur
2026-04-03 - 8:13:30 PM GMT

Document e-signed by Kenan Hujdur (hujdurk@hotmail.com)
Signature Date: 2026-04-03 - 8:13:32 PM GMT - Time Source: server

Agreement completed.
2026-04-03 - 8:13:32 PM GMT

Adobe Acrobat Sign