# EXHIBIT 2

Case 3:24-cv-00963-WWB-SJH    Document 142-2    Filed 04/06/26    Page 1 of 3 PageID 1735

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

EDIN HUSIDIC D/B/A AMA EXPRESS,
INC., *et al.*,

       Plaintiffs,

v.                                      No. 3:24-cv-00963-WGY-SJH

FR8 SOLUTIONS, INC., ALEN KAJDIC,
and AZRA BEGOVIC,

       Defendants.

_____/

## __DECLARATION OF AMIR BAJREKTAREVIC__

1.     My name is Amir Bajrektarevic. I am over the age of eighteen and competent to testify as to the matters set forth in this Declaration.

2.     I was an independent contractor with Defendant FR8 Solutions, Inc. ("FR8"), and I have personal knowledge of the matters stated herein.

3.     On or around January 2022 or February 2022, I was told by Kenan Hujdur that he believed FR8 was underpaying its truck drivers. Around the same time, I told Alen Kajdic that Kenan Hujdur was claiming that FR8 was underpaying its truck drivers.

4.     On or around March 2022, Alen Kajdic began texting me death threats that I understood were directed at Kenan Hujdur. A copy of the text messages are attached as **Exhibit 44** to the Proposed Second Amended Complaint and were

1

Docusign Envelope ID: 99C86432-9405-4437-81C4-8BB5EC8D345E

attached as an Exhibit to the First Amended Complaint.

5.      The threatening statements that Alen Kajdic has made has caused me stress and anxiety. I fear for my wellbeing because I decided to bring this suit and speak out about Alen Kajdic underpaying truck drivers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3___ day of ___April_____, 2026, at _1446 cdt_____.

DocuSigned by:

_____
5AA9D0602FAA4EF...
Amir Bajrektarevic

2