**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

EDIN HUSIDIC D/B/A AMA EXPRESS,
INC., *et al.*,

        Plaintiffs,

v.                                No. 3:24-cv-00963-WWB-SJH

FR8 SOLUTIONS, INC., ALEN KAJDIC,
and AZRA BEGOVIC,

        Defendants.

_____/

### PLAINTIFFS' NOTICE OF COMPLIANCE WITH STANDING ORDER

Plaintiffs[1] submit this notice pursuant to the Court's April 2, 2026 Standing Order.  On April 6, 2026, Plaintiffs filed a Response in Opposition to Defendants' Motion for Sanctions (Doc. 142), which did not include an AI Certification, as required by the Court's April 2, 2026 Standing Order. Plaintiffs hereby certify that no generative AI was used in the drafting and preparation of that Response. With

---

[1]  Plaintiffs refers collectively to EDIN HUSIDIC, D/B/A AMA EXPRESS, INC., ADIS DOGIC, SAMIR CAJIC, D/B/A TRANSITLINE, INC., SEMIR KUJUKOVIC, D/B/A REDLINE TRANSPORT, LLC, ADIS ODOBASIC, D/B/A GREEN EXPEDITE, LLC, ALIJA MARIC, ALVIR BAJREKTAREVIC, D/B/A ALVIR TRANSPORTATION, INC., AMIR BAJREKTAREVIC, D/B/A LONE STAR TRANSPORT, INC. and CORONADO TRANSPORT, LLC, ANTON PRENKOCAJ, D/B/A CAP TRUCKING, LLC, DALIBOR DRAGAS, D/B/A GOLD STAR TRANSPORT, LLC, DAMIR KESEROVIC, DZEMAIL HASANOVIC, ELVIS GRACANIN, D/B/A A&G LOGISTICS, LLC, ELVIS TOPIC, HASAN DOGIC, IRFAN BAJREKTAREVIC, KENAN HUJDUR, LJEKA JUNCAJ, D/B/A LNI TRUCKING, SAMIR DIZDAREVIC, D/B/A QUICK RUN, INC., SAMIR MEHULIC, BESIR CATIC, and VAHID MARIC, D/B/A GTX LOGISTICS, LLC.

the exception of that Response, all other filings made by Plaintiffs since April 2, 2026, have complied with the Standing Order.

## AI CERTIFICATION

Pursuant to the Court's Standing Order, the undersigned certifies that no generative AI was used in the drafting and preparation of this filing.

Respectfully submitted,

*/s/ Stephanie A. Casey*
Rain Montero
*Pro hac vice*
Illinois Attorney No. 6339412
**JAFFE & BERLIN, L.L.C.**
111. W. Washington St., Suite 900
Chicago, IL 60602
Phone: (312) 372-1523
rmontero@jaffeberlin.com

Stephanie A. Casey
Florida Bar No. 97483
scasey@colson.com
Thomas A. Kroeger
Florida Bar No. 19303
tom@colson.com
Sabrina S. Saieh
Florida Bar No. 125290
sabrina@colson.com
**COLSON HICKS EIDSON, P.A.**
806 S. Douglas Road, Suite 1200
Coral Gables, FL 33134
Phone: (305) 476-7400

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2026, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system, which caused the document to be served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Stephanie A. Casey*
Stephanie A. Casey