## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

EDIN HUSIDIC D/B/A AMA EXPRESS,
INC., *et al.*,

      Plaintiffs,

v.                                                              No. 3:24-cv-00963-WWB-SJH

FR8 SOLUTIONS, INC., ALEN KAJDIC,
and AZRA BEGOVIC,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), Plaintiffs Edin Husidic, Adis Dogic, Samir Cajic, Semir Kujukovic, Adis Odobasic, Alija Maric, Alvir Bajrektarevic, Amir Bajrektarevic, Anton Prenkocaj, Dalibor Dragas, Damir Keserovic, Dzemail Hasanovic, Elvis Gracanin, Elvis Topic, Hasan Dogic, Irfan Bajrektarevic, Kenan Hujdur, Ljeka Juncaj, Samir Dizdarevic, Samir Mehulic, Besir Catic, and Vahid Maric (collectively, "Plaintiffs") and Defendants FR8 Solutions, Inc., Alen Kajdic, and Azra Begovic (collectively, "Defendants"), by and through their respective counsel, hereby give notice that the parties have reached a settlement in this matter. The parties are currently working on executing the Settlement Agreement and, pursuant to the terms of the Settlement Agreement, anticipate filing a Joint Stipulation of Dismissal on or before August 24, 2026.

1

## AI CERTIFICATION

Pursuant to the Court's Standing Order, the undersigned certify that no generative AI was used in the drafting and preparation of this filing.

Dated: July 27, 2026                    Respectfully submitted,

*/s/ Steven E. Brust*
Steven E. Brust (FBN 0832091)
Richard D. Rivera (FBN 108251)
Ashley B. Carlisle (FBN 1049618)
**SMITH, GAMBRELL
& RUSSELL, LLP**
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6100
Fax: (904) 598-6300
sebrust@sgrlaw.com
rrivera@sgrlaw.com
acarlisle@sgrlaw.com

*Attorneys for Defendants, FR8
Solutions, Inc. and Alen Kajdic*

*/s/ W. Braxton Gillam, IV*
W. Braxton Gillam, IV
Florida Bar No. 122076
Pierce N. Giboney
Florida Bar No. 124704
**MILAM HOWARD NICANDRI
& GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Telephone: (904) 357-3660
Facsimile: (904) 357-3661
bgillam@milamhoward.com;
sphipps@milamhoward.com;
pgiboney@milamhoward.com;
sjames@milamhoward.com;
hdurham@milamhoward.com

*Counsel for Defendant Azra Begovic*

*/s/ Stephanie A. Casey*
Stephanie A. Casey
Florida Bar No. 97483
scasey@colson.com
Thomas A. Kroeger
Florida Bar No. 19303
tom@colson.com
Sabrina S. Saieh
Florida Bar No. 125290
sabrina@colson.com
**COLSON HICKS EIDSON, P.A.**
806 S. Douglas Rd, Suite 1200
Coral Gables, Florida 33134
Phone: (305) 476-7400

Rain Montero
*Pro hac vice*
IL Attorney No. 6339412
**Jaffe & Berlin, L.LC.**
111 W. Washington, Suite 900
Chicago, IL 60602
(312) 372-1550
rmontero@jaffeberlin.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2026, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Stephanie A. Casey*
Stephanie A. Casey